```
 1  Robert D. Phillips, Jr. (SBN 82639)
    Tyree P. Jones (SBN 127631)
 2  David S. Reidy (SBN 225904)
    REED SMITH LLP
 3  Two Embarcadero Center, Suite 2000
    San Francisco, CA 94111-3922
 4
    Mailing Address:
 5  P.O. Box 7936
    San Francisco, CA 94120-7936
 6
    Telephone:   (415) 543-8700
 7  Facsimile:   (415) 391-8269

 8  Attorneys for Defendant
    WELLS FARGO BANK, N.A.
 9
```

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY and JOHNNY JEFFRIES on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and MORTGAGE DIRECT, INC.,<br><br>Defendants. | Case No.: C-07-03880 MJJ<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>Compl. Filed:   July 30, 2007<br>Trial Date:     None<br><br>***Honorable Martin J. Jenkins*** |

## STIPULATION

WHEREAS, on July 30, 2007, Plaintiffs filed their Complaint in this action;

WHEREAS, on September 6, 2007, Plaintiffs served the Complaint on Defendant Wells Fargo Bank, N.A. ("Wells Fargo");

WHEREAS, Wells Fargo's response to the Complaint is due on September 26, 2007; and

WHEREAS, the parties hereto agree to extend the time for Wells Fargo to file its response to the Complaint:

IT IS THEREFORE STIPULATED between Plaintiffs and Wells Fargo, by and through their undersigned attorneys of record that:

1. Wells Fargo's response to the Complaint shall be deemed timely if filed and served on or before October 5, 2007.

**SO STIPULATED:**

DATED: September 24, 2007        REED SMITH LLP

By /s/ David S. Reidy
David S. Reidy
Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: September ___, 2007       LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP

By_____
Shawn A. Williams, Esq.
Attorneys for Plaintiffs
NANCY and JOHNNY JEFFRIES

**SO ORDERED:**

DATED: _____, 2007

_____
Hon. Martin J. Jenkins
United States District Court Judge

IT IS THEREFORE STIPULATED between Plaintiffs and Wells Fargo, by and through their undersigned attorneys of record that:

1. Wells Fargo's response to the Complaint shall be deemed timely if filed and served on or before October 5, 2007.

SO STIPULATED:

DATED: September __, 2007        REED SMITH LLP

By _____
David S. Reidy
Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: September 24, 2007        LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP

By _____
Shawn A. Williams, Esq.
Attorneys for Plaintiffs
NANCY and JOHNNY JEFFRIES

SO ORDERED:

DATED: _____, 2007

_____
Hon. Martin J. Jenkins
United States District Court Judge