Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NANCY and JOHNNY JEFFRIES on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

WELLS FARGO BANK, N.A., and MORTGAGE DIRECT, INC.,

Defendants.

Case No.: C-07-03880 MJJ

**STIPULATION EXTENDING TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT**

Compl. Filed: July 30, 2007
Trial Date: None

***Honorable Martin J. Jenkins***

**STIPULATION**

WHEREAS, on July 30, 2007, Plaintiffs filed their Complaint in this action;

WHEREAS, on September 6, 2007, Plaintiffs served the Complaint on Defendant Wells Fargo Bank, N.A. ("Wells Fargo");

WHEREAS, Wells Fargo's response to the Complaint is due on September 26, 2007; and

WHEREAS, the parties hereto agree to extend the time for Wells Fargo to file its response to the Complaint:

IT IS THEREFORE STIPULATED between Plaintiffs and Wells Fargo, by and through their undersigned attorneys of record that:

1. Wells Fargo's response to the Complaint shall be deemed timely if filed and served on or before October 5, 2007.

**SO STIPULATED:**

DATED: September 24 2007

REED SMITH LLP

By ______________________
David S. Reidy
Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: September __, 2007

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP

By ______________________
Shawn A. Williams, Esq.
Attorneys for Plaintiffs
NANCY and JOHNNY JEFFRIES

**SO ORDERED:**

DATED: 09/28, 2007




______________________
Hon. Martin J. Jenkins
United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IT IS THEREFORE STIPULATED between Plaintiffs and Wells Fargo, by and through their undersigned attorneys of record that:

1. Wells Fargo's response to the Complaint shall be deemed timely if filed and served on or before October 5, 2007.

**SO STIPULATED:**

DATED: September __, 2007

REED SMITH LLP

By______________________
David S. Reidy
Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: September 24, 2007

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP

By______________________
Shawn A. Williams, Esq.
Attorneys for Plaintiffs
NANCY and JOHNNY JEFFRIES

**SO ORDERED:**

DATED: ________ ___, 2007

______________________
Hon. Martin J. Jenkins
United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware