| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
|   | 100 Pine Street, Suite 2600 |
| 3 | San Francisco, CA  94111 |
|   | Telephone: 415/288-4545 |
| 4 | 415/288-4534 (fax) |
|   | shawnw@csgrr.com |
| 5 |      – and – |
|   | SAMUEL H. RUDMAN |
| 6 | ROBERT M. ROTHMAN |
|   | MARK S. REICH |
| 7 | 58 South Service Road, Suite 200 |
|   | Melville, NY  11747 |
| 8 | Telephone: 631/367-7100 |
|   | 631/367-1173 (fax) |
| 9 | srudman@csgrr.com |
|   | rrothman@csgrr.com |
| 10 | mreich@csgrr.com |
| 11 | Attorneys for Plaintiffs |
| 12 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANCY and JOHNNY JEFFRIES, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) | Case No. C-07-3880 MJJ |
| | ) | <u>CLASS ACTION</u> |
| Plaintiffs, | ) ) | NOTICE OF FIRM NAME CHANGE |
| vs. | ) ) | |
| WELLS FARGO BANK, N.A., and MORTGAGE DIRECT, INC., | ) ) ) | |
| Defendants. | ) ) | |

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

DATED: October 2, 2007

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS


/s/
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
MARK S. REICH
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

RODDY KLEIN & RYAN
GARY KLEIN
SHENNAN KAVANAGH
GILLIAN FEINER
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: 617/357-5500
617/357-5030 (fax)

MILLER LAW LLC
MARVIN A. MILLER
MATTHEW E. VANTINE
LORI A. FANNING
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312/332-3400
312/676-2676 (fax)

| | |
|---|---|
| 1 | |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | THOMAS M. SOBOL |
|   | GREGORY MATTHEWS |
| 3 | One Main Street, 4th Floor |
|   | Boston, MA  02142 |
| 4 | Telephone:  617/475-1950 |
|   | 617/482-3003 (fax) |
| 5 | |
|   | Attorneys for Plaintiffs |

T:\CasesSF\Wells Fargo FHA\Name Change Wells Fargo FHA.doc

NOTICE OF FIRM NAME CHANGE - C-07-3880 MJJ                                                                                           - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 2, 2007.

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:Shawnw@csgrr.com

# Mailing Information for a Case 3:07-cv-03880-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mark S. Reich**
  mreich@lerachlaw.com

- **David S. Reidy**
  vfedoroff@reedsmith.com,dreidy@reedsmith.com

- **Robert M. Rothman**
  rrothman@lerachlaw.com,e_file_ny@lerachlaw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Samuel H. Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747
```