BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (seeking pro hac vice)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (CA SBN 90858)
42 Miller Avenue
Mill Valley, California 94941
(415) 381-5599

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANCY and JOHNNY JEFFRIES, et al., | ) | No 3:07-cv-03880-MJJ |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ADMINISTRATIVE MOTION TO |
| | ) | CONSIDER WHETHER CASES |
| v. | ) | SHOULD BE RELATED, |
| | ) | PURSUANT TO CIVIL L.R. 3-12(b) |
| | ) | |
| WELLS FARGO BANK, N.A., and | ) | |
| MORTGAGE DIRECT, INC., | ) | CLASS ACTION |
| | ) | |
| Defendant. | ) | |
| | ) | |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2

3         Plaintiffs Gilbert Ventura, Sr., and Tracy D. Ventura hereby move the court, pursuant to

4    United States District Court for the Northern District of California Civil L.R. 3-12(b), to consider

5    whether the following case is related to this action:

6    **CASE NAME**          **Civ. No.**              **Date**              **Filing Judge**
7    *Ventura v. Wells*     07-cv-04309-EMC      Filed 8/21/07      Edward Chen
     *Fargo Bank, N.A.*
8
         Civil L.R. 3-12(b) of the United States District Court for the Northern District of
9
     California provides that an Administrative Motion to Consider Whether Cases Should be Related
10
     shall be filed and served on all parties who have appeared stating whether any action pending in
11
     the Northern District of California and the action being filed appear: (1) to arise from the same or
12
     substantially identical parties, property, transaction or events; or (2) likely to cause undue
13
     burdensome duplication of labor or conflicting results if heard by different judges.
14
         The above case involves substantially identical factual allegations, cause of action and
15
     defendant as does this action.
16
         Because this action arises from the same transactions, happenings or events and is likely
17
     to entail substantial duplication of labor if heard by a different judge, it is related within the
18
     meaning of Civil L.R. 3-12(a).
19
         WHEREFORE, Plaintiff requests:
20
         1.    That the *Ventura v. Wells Fargo Bank, N.A.* be related to *Jeffries v. Wells Fargo*
21
     *Bank, N.A.* No. 07-cv-03880-MJJ.
22
         2.    That the action *Ventura v. Wells Fargo Bank, N.A.*, be assigned to the Honorable
23
     Martin J. Jenkins; and
24
         3.    That all subsequent related actions be assigned to the Honorable Martin J.
25
     Jenkins.
26

27

28

1

DATED this 4th day of October, 2007.

2

BONNETT, FAIRBOURN, FRIEDMAN, &
BALINT, P.C.

3

4

_____/s Wendy J. Harrison_____

5

Andrew S. Friedman
Wendy J. Harrison
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012

6

7

CHAVEZ & GERTLER, L.L.P.

8

Mark A. Chavez
42 Miller Avenue
Mill Valley, California 94941

9

10

Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on  October 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 4, 2007.


_____/s Wendy J. Harrison_____

1

**Mailing Information for Case 3:07-cv-03880-MJJ**

2    Electronic Mail Notice List

3    The following are those who are currently on the list to receive e-mail notices for this case.

4        • Mark S. Reich
         mreich@lerachlaw.com
5
         • David Reidy
6        vfedoroff@reedsmith.com,    dreidy@reedsmith.com

7        • Robert M. Rothman
         rrothman@lerachlaw.com,    e_file_ny@lerachlaw.com
8
         • Shawn A. Williams
9        shawnw@csgrr.com,    travisd@csgrr.com,    moniquew@csgrr.com,    e_file_sf@csgrr.com,
     cwood@csgr.com
10
     Manual Notice List
11
     The following is the list of attorneys who are not on the list to receive e-mail notices for this case
12   (who therefore require manual noticing).  You may wish to use your mouse to select and copy this
     list into your word processing program in order to create notices or labels for these recipients.
13
     Samuel H Rudman
14   Coughlin Stoia Geller Rudman & Robbins LLP
     58 South Service Road, Suite 200
15   Melville, NY 11747

16

**Mailing Information for Case C-07-4309-MJJ**

17   Copies of the foregoing manually noticed to the following:

18   Robert D. Phillips, jr.
     Tyree P. Jones
19   David S. Reidy
     Reed Smith LP
20   Two Embarcadero Center, Suite 2000
     San Francisco, CA 94111-3922
21
     Mark A. Chavez
22   Chavez & Gertler, L.L.P.
     42 Miller Avenue
23   Mill Valley, CA 94941

24

25

26

27

28