UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NANCY and JOHNNY JEFFRIES, et al.,        )   No. _3:07-cv-03880-MJJ
                                          )
                    Plaintiffs,           )
                                          )   [PROPOSED] ORDER RELATING CASES
                                          )
v.                                        )
                                          )   CLASS ACTION
                                          )
WELLS FARGO BANK, N.A., and               )
MORTGAGE DIRECT, INC.,                    )
                                          )
                    Defendant.            )
                                          )

        The Court has reviewed and considered the papers submitted in support of Gilbert

Ventura, Sr., and Tracy D. Ventura's (plaintiffs in related case) Administrative Motion to

consider whether Cases Should be Related, Pursuant to Civil L.R. 3-12(b).  Good cause

appearing,

        IT IS HEREBY ORDERED

        1.      That *Ventura v. Wells Fargo Bank, N.A.*, 07-CV-04309-EMC is related to *Jeffries

v. Wells Fargo Bank, N.A.* No. 07-cv-03880-MJJ.

        2.      That *Ventura v. Wells Fargo Bank, N.A.*, 07-CV-04309-EMC be assigned to the

Honorable Martin J. Jenkins; and

        3.      That all subsequent related actions be assigned to the Honorable Martin J.

Jenkins.

        IT IS SO ORDERED.

DATED: _____          _____
                                The Honorable Martin J. Jenkins
                                UNITED STATES DISTRICT JUDGE