1  Robert D. Phillips, Jr. (SBN 82639)
   Tyree P. Jones, Jr. (SBN 127631)
2  David S. Reidy (SBN 225904)
   REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
4
   **Mailing Address:**
5  P.O. Box 7936
   San Francisco, CA  94120-7936
6
   Telephone:    (415) 543-8700
7  Facsimile:    (415) 391-8269
8  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12
   NANCY and JOHNNY JEFFRIES, on Behalf of     Case No.: C-07-03880 MJJ
13 Themselves and All Others Similarly Situated,
                                               **ANSWER OF DEFENDANT WELLS
14              Plaintiffs,                      FARGO BANK, N.A., TO PLAINTIFFS'
                                                COMPLAINT**
15      vs.
                                               Compl. Filed:    July 30, 2007
16 WELLS FARGO BANK, N.A., and                 Trial Date:      None
   MORTGAGE DIRECT, INC.,
17
                Defendants.                    *Honorable Martin J. Jenkins*
18

19

20                        **ANSWER**

21        Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby answers the allegations of the

22 Complaint filed in this action by plaintiffs Nancy and Johnny Jeffries ("Plaintiffs").  Unless

23 expressly admitted herein, Wells Fargo lacks sufficient information to admit or deny the allegations

24 of the Complaint and, on that basis, denies the allegations.

25        1.       Answering Paragraph 1 of the Complaint, Wells Fargo admits that plaintiffs purport

26 to assert claims against Wells Fargo under the Equal Credit Opportunity Act, 15 U.S.C. § 1691, *et*

27 *seq.*  ("ECOA") and the Fair Housing Act, 42 U.S.C. § 3601 *et seq.* ("FHA").  Except as expressly

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSSFO-12491345.1-DSREIDY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    admitted herein, Wells Fargo lacks sufficient information to admit or deny the allegations contained

2    in Paragraph 1, and, on that basis, denies the allegations.

3        2.    Answering Paragraph 2 of the Complaint, Wells Fargo denies the allegations

4    contained therein.

5        3.    Answering Paragraph 3 of the Complaint, Wells Fargo denies the allegations

6    contained therein.

7        4.    Answering Paragraph 4 of the Complaint, Wells Fargo admits that plaintiffs seek

8    declaratory and injunctive relief and disgorgement and restitution of monies, but denies that it

9    engaged in any racially discriminatory or other conduct entitling plaintiffs to such relief.

10                        Jurisdiction and Venue

11        5.    Answering Paragraph 5 of the Complaint, Wells Fargo admits that this Court has

12    original jurisdiction over civil actions arising under federal law.  Wells Fargo further admits that

13    venue is proper in this Court.  Except as expressly admitted herein, Wells Fargo denies the

14    allegations of Paragraph 5.

15                                Parties

16        6.    Answering Paragraph 6 of the Complaint, Wells Fargo lacks sufficient information to

17    admit or deny the allegations contained therein and, on that basis, denies the allegations.

18        7.    Answering Paragraph 7 of the Complaint, Wells Fargo admits that it is a mortgage

19    lender and that it maintains a corporate office at 420 Montgomery Street, San Francisco, California

20    94104.  Except as expressly admitted herein, Wells Fargo denies the allegations contained in

21    Paragraph 7.

22        8.    Answering Paragraph 8 of the Complaint, Wells Fargo lacks sufficient information to

23    admit or deny the allegations contained therein and, on that basis, denies the allegations.

24                            Class Allegations

25        9.    Answering Paragraph 9 of the Complaint, Wells Fargo repeats and realleges each of

26    the answers in Paragraphs 1 through 8, above, as though the same were set forth in full herein.

27        10.    Answering Paragraph 10 of the Complaint, Wells Fargo admits that plaintiffs purport

28    to assert claims against Wells Fargo under ECOA and FHA on behalf of a purported class of black

1   consumers who obtained a Wells Fargo home mortgage loan in the United States between January 1,

2   2001 and the date of the judgment sought in this action.  Except as expressly admitted herein, Wells

3   Fargo denies the allegations of Paragraph 10.

4           11.     Answering Paragraph 11 of the Complaint, Wells Fargo admits that plaintiffs purport

5   to assert claims on their own behalf and on behalf of a class of persons.  As to the remaining

6   allegations of Paragraph 11, Wells Fargo lacks sufficient information to admit or deny the

7   allegations contained therein and, on that basis, denies the allegations.

8           12.     Answering Paragraph 12 of the Complaint, Wells Fargo denies the allegations

9   contained therein.

10          13.     Answering Paragraph 13 of the Complaint, Wells Fargo denies the allegations

11  contained therein.

12          14.     Answering Paragraph 14 of the Complaint, Wells Fargo denies the allegations

13  contained therein.

14          15.     Answering Paragraph 15 of the Complaint, Wells Fargo denies the allegations

15  contained therein.

16          16.     Answering Paragraph 16 of the Complaint, Wells Fargo denies the allegations

17  contained therein.

18          17.     Answering Paragraph 17 of the Complaint, Wells Fargo denies the allegations

19  contained therein.

20                          Allegations of Class-Wide Discrimination

21          18.     Answering Paragraph 18 of the Complaint, Wells Fargo admits that its advertisements

22  speak for themselves.  As to the remaining allegations of Paragraph 18, Wells Fargo lacks sufficient

23  information to admit or deny the allegations contained therein and, on that basis, denies the

24  allegations.

25          19.     Answering Paragraph 19 of the Complaint, Wells Fargo lacks sufficient information

26  to admit or deny the allegations contained therein and, on that basis, denies the allegations.

27          20.     Answering Paragraph 20 of the Complaint, Wells Fargo lacks sufficient information

28  to admit or deny the allegations contained therein and, on that basis, denies the allegations.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

21.     Answering Paragraph 21 of the Complaint, Wells Fargo denies the allegations contained therein.

22.     Answering Paragraph 22 of the Complaint, Wells Fargo denies the allegations contained therein.

23.     Answering Paragraph 23 of the Complaint, Wells Fargo admits that the HMDA data speaks for itself.  As to the remaining allegations of Paragraph 23, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

24.     Answering Paragraph 24 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

25.     Answering Paragraph 25 of the Complaint, Wells Fargo denies the allegations contained therein.

26.     Answering Paragraph 26 of the Complaint, Wells Fargo denies the allegations contained therein.

27.     Answering Paragraph 27 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

28.     Answering Paragraph 28 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

29.     Answering Paragraph 29 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

30.     Answering Paragraph 30 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

31.     Answering Paragraph 31 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

32.     Answering Paragraph 32 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

33.     Answering Paragraph 33 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSSFO-12491345.1-DSREIDY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

34.    Answering Paragraph 34 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

35.    Answering Paragraph 35 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

36.    Answering Paragraph 36 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

37.    Answering Paragraph 37 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

38.    Answering Paragraph 38 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

39.    Answering Paragraph 39 of the Complaint, Wells Fargo denies the allegations contained therein.

40.    Answering Paragraph 40 of the Complaint, Wells Fargo denies the allegations contained therein.

41.    Answering Paragraph 41 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

42.    Answering Paragraph 42 of the Complaint, Wells Fargo denies the allegations contained therein.

43.    Answering Paragraph 43 of the Complaint, Wells Fargo denies the allegations contained therein.

### Allegation of Non-Disclosure, Etc.

44.    Answering Paragraph 44 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations pertaining to the reports alluded to therein.  As to the allegations against Wells Fargo, Wells Fargo denies the allegations of Paragraph 44.

45.    Answering Paragraph 45 of the Complaint, Wells Fargo denies the allegations contained therein.

46.    Answering Paragraph 46 of the Complaint, Wells Fargo denies the allegations contained therein.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

47.     Answering Paragraph 47 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

48.     Answering Paragraph 48 of the Complaint, Wells Fargo denies the allegations contained therein.

<u>Factual Allegations</u>

49.     Answering Paragraph 49 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

50.     Answering Paragraph 50 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

51.     Answering Paragraph 51 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

52.     Answering Paragraph 52 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

53.     Answering Paragraph 53 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

54.     Answering Paragraph 54 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

55.     Answering Paragraph 55 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

56.     Answering Paragraph 56 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

57.     Answering Paragraph 57 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

58.     Answering Paragraph 58 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

59.     Answering Paragraph 59 of the Complaint, Wells Fargo denies the allegations contained therein.

DOCSSFO-12491345.1-DSREIDY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

60.    Answering Paragraph 60 of the Complaint, Wells Fargo denies the allegations contained therein.

Count I

61.    Answering Paragraph 60 of the Complaint, Wells Fargo repeats and realleges each of the answers in Paragraphs 1 through 60, above, as though the same were set forth in full herein.

62.    Answering Paragraph 62 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

63.    Answering Paragraph 63 of the Complaint, Wells Fargo denies the allegations contained therein.

64.    Answering Paragraph 64 of the Complaint, Wells Fargo denies the allegations contained therein.

65.    Answering Paragraph 65 of the Complaint, Wells Fargo denies the allegations contained therein.

66.    Answering Paragraph 66 of the Complaint, Wells Fargo denies the allegations contained therein.

67.    Answering Paragraph 67 of the Complaint, Wells Fargo denies the allegations contained therein.

Count II

68.    Answering Paragraph 68 of the Complaint, Wells Fargo repeats and realleges each of the answers in Paragraphs 1 through 67, above, as though the same were set forth in full herein.

69.    Answering Paragraph 69 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

70.    Answering Paragraph 70 of the Complaint, Wells Fargo denies the allegations contained therein.

71.    Answering Paragraph 71 of the Complaint, Wells Fargo denies the allegations contained therein.

72.    Answering Paragraph 72 of the Complaint, Wells Fargo denies the allegations contained therein.

DOCSSFO-12491345.1-DSREIDY

73.     Answering Paragraph 73 of the Complaint, Wells Fargo denies the allegations contained therein.

Count III

74.     Answering Paragraph 74 of the Complaint, Wells Fargo repeats and realleges each of the answers in Paragraphs 1 through 73, above, as though the same were set forth in full herein.

75.     Answering Paragraph 75 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

76.     Answering Paragraph 76 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

77.     Answering Paragraph 77 of the Complaint, Wells Fargo denies the allegations contained therein.

78.     Answering Paragraph 78 of the Complaint, Wells Fargo denies the allegations contained therein.

79.     Answering Paragraph 79 of the Complaint, Wells Fargo denies the allegations contained therein.

Count IV

80.     Answering Paragraph 80 of the Complaint, Wells Fargo repeats and realleges each of the answers in Paragraphs 1 through 79, above, as though the same were set forth in full herein.

81.     Answering Paragraph 81 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

82.     Answering Paragraph 82 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

83.     Answering Paragraph 83 of the Complaint, Wells Fargo denies the allegations contained therein.

84.     Answering Paragraph 84 of the Complaint, Wells Fargo denies the allegations contained therein.

85.     Answering Paragraph 85 of the Complaint, Wells Fargo denies the allegations contained therein.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

1.     Wells Fargo alleges as an affirmative defense that the Complaint, and each cause of action asserted therein, fails to allege sufficient facts to state any claim for which relief can be granted to plaintiffs because it fails to allege a discriminatory practice or disparate impact on plaintiffs.

**SECOND AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

2.     Wells Fargo alleges as an affirmative defense that plaintiffs' claims are barred by any and all applicable statutes of limitations.

**THIRD AFFIRMATIVE DEFENSE**

**(Waiver)**

3.     Wells Fargo alleges as an affirmative defense that plaintiffs have waived any and all claims, rights and demands made in the Complaint because they accepted the terms of any and all loans obtained from Wells Fargo.

**FOURTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

4.     Wells Fargo alleges as an affirmative defense that plaintiffs are barred by the doctrine of estoppel from asserting the claims, rights and demands made in the Complaint, because Wells Fargo reasonably and justifiably relied on its loan contracts with plaintiffs, and upon the terms and conditions stated therein, and funded the loans to plaintiffs' benefit.

**FIFTH AFFIRMATIVE DEFENSE**

**(Business Necessity)**

5.     Wells Fargo alleges as an affirmative defense that any alleged acts or omissions of Wells Fargo that gave rise to plaintiffs' alleged claims were and are justified by a legitimate business necessity and/or other legitimate non-discriminatory reason.

///

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

DOCSSFO-12491345.1-DSREIDY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## SIXTH AFFIRMATIVE DEFENSE

### (Consent/Acquiescence)

6    Wells Fargo alleges as an affirmative defense that plaintiffs acquiesced in and/or consented to the acts and omissions alleged in the Complaint herein, including by accepting any and all loan terms and conditions disclosed to plaintiffs by Wells Fargo.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Discriminatory Practice)

7.    Wells Fargo alleges as an affirmative defense that it has not engaged in any discriminatory practices as alleged in the Complaint and that discriminatory intent was not a factor in determining the terms or conditions of any loan made to Plaintiffs.

## EIGHTH AFFIRMATIVE DEFENSE

### (No Disparate Impact)

8.    Wells Fargo alleges as an affirmative defense that its loan policies and procedures do not have a disparate impact on minority borrowers that is not related to risk-based factors.

## NINTH AFFIRMATIVE DEFENSE

### (Fault of Others)

9.    Wells Fargo alleges as an affirmative defense that plaintiffs' damages, if any, were proximately caused and/or contributed to by the acts, omissions, negligence and/or intentional misconduct of third parties, and were not caused by Wells Fargo.

## TENTH AFFIRMATIVE DEFENSE

### (No Damages)

10.    Wells Fargo alleges as an affirmative defense that Wells Fargo has committed no act or omission causing damage to plaintiffs.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Speculative Damage)

11.    Wells Fargo alleges as an affirmative defense that the damages claimed by plaintiffs in the Complaint are too speculative to support any cognizable claim for relief.

///

DOCSSFO-12491345.1-DSREIDY

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

### TWELFTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

12.     Wells Fargo alleges as an affirmative defense that plaintiffs have failed, refused and/or neglected to take reasonable steps to mitigate their alleged damages, if any, thus barring or diminishing any recovery by them.

### THIRTEENTH AFFIRMATIVE DEFENSE

### (No Sufficient Intent)

13.     Wells Fargo alleges as an affirmative defense that Wells Fargo had no sufficient intent for the commission of the matters alleged in the Complaint and did not act with intent to discriminate against plaintiffs.

### FOURTEENTH AFFIRMATIVE DEFENSE

### (Standing)

14.     Wells Fargo alleges as an affirmative defense that plaintiffs do not have standing to bring the causes of action alleged in their Complaint because they were not discriminated against and did not pay any fee or interest rate unrelated to creditworthiness or risk.

**WHEREFORE** Wells Fargo prays for judgment as follows:

1.     That plaintiffs take nothing by reason of their Complaint;

2.     That no class be certified in this action;

3.     For its costs of suit herein;

4.     For its attorneys' fees according to proof; and

5.     For such other and further relief as this Court may deem just and proper.

DATED:  October 5, 2007

REED SMITH LLP

By_____
         David S. Reidy
         Robert D. Phillips, Jr.
         Attorneys for Defendant
         WELLS FARGO BANK, N.A.

DOCSSFO-12491345.1-DSREIDY