UNITED STATES DISTRICT COURT

Northern District of California

NANCY and JOHNNY JEFFRIES,
On Behalf of Themselves and All Others
Similarly Situated,

        Plaintiff(s),

v.

WELLS FARGO BANK, N.A. and
MORTGAGE DIRECT, INC.

        Defendant(s).

CASE NO. 3:07-cv-03880

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Samuel H. Rudman , an active member in good standing of the bar of (please see attached) whose business address and telephone number (particular court to which applicant is admitted) is

Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200, Melville, NY 11747
(631) 367-7100

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Nancy and Johnny Jeffries.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/5/07

United States District Judge
Honorable Martin J. Jenkins