Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY and JOHNNY JEFFRIES on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and MORTGAGE DIRECT, INC.,<br><br>Defendants. | Case No.: C-07-03880 MJJ<br><br>Related to Case No. C-07-04309<br><br>**MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Compl. Filed:   July 30, 2007<br>Trial Date:   None<br><br>*Honorable Martin J. Jenkins* |

1 **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2 Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby moves this Court to remove docket No. 17, as an incorrect document mistakenly uploaded to the efiling system. The corrected document has been refiled as docket No. 23.

Respectfully submitted,

DATED: October 24, 2007         REED SMITH LLP

By _____
David S. Reidy
Attorneys for Defendant
WELLS FARGO BANK, N.A.



IT IS SO ORDERED
Judge Martin J. Jenkins
10/31/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

— 1 —

MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

DOCSSFO-12496449.1 10/25/07 8:35 AM