UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NANCY and JOHNNY JEFFRIES, on
Behalf of Themselves and All Others
Similarly Situated, Plaintiff(s),

Case No. C-07-03880 MJJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

WELLS FARGO BANK, N.A., and
MORTGAGE DIRECT, INC.,
                    Defendant(s).
_____/

　　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　　　(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

　　　　(2) Discussed the available dispute resolution options provided by the Court and private entities; and

　　　　(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Oct. 16, 2007

Dated: 10/16/07

Nancy Jeffries
[Party]

_____
[Counsel]

Robert M. Rothman
Mark S. Reich
COUGHLIN STOIA GELLER RUDMAN &
  ROBBINS LLP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NANCY and JOHNNY JEFFRIES, on
Behalf of Themselves and All Others
Similarly Situated,    Plaintiff(s),

Case No. C-07-03880 MJJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

WELLS FARGO BANK, N.A., and
MORTGAGE DIRECT, INC.,
                Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/16/07

[signature: Nancy Jeffries]
[Party]

Dated: Oct. 16, 2007

Mark S. Reich
[Counsel]

## CERTIFICATE OF SERVICE

I, Mark S. Reich, hereby certify that on October 16, 2007, I caused a true and correct copy of the attached:

ADR Certification by Parties and Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

          */s/ Mark S. Reich*
          Mark S. Reich

Wells Fargo Home Mortgage
Service List – 10/16/2007
Page 1 of 1

**Counsel for Defendant(s)**

David S. Reidy
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
  415/659-5933

**Counsel for Plaintiff(s)**

Robert M. Rothman
Mark S. Reich
Coughlin Stoia Geller Rudman &
  Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
  631/367-7100
  631/367-1173 (Fax)

Gary Klein
Shennan Kavanagh
Gillian Feiner
Roddy Klein & Ryan
727 Atlantic Avenue
Boston, MA 02111
  617/357-5500
  617/357-5030 (Fax)

Thomas M. Sobol
Gregory Matthews
Hagens Berman Sobol Shapiro LLC
One Main Street, 4th Floor
Boston, MA 02142
  617/475-1950
  617/482-3003 (Fax)

Shawn A. Williams
Coughlin Stoia Geller Rudman &
  Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
  415/288-4545
  415/288-4534 (Fax)

Marvin A. Miller
Matthew E. Vantine
Lori A. Fanning
Miller Law LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
  312/332-3400
  312/676-2676 (Fax)