UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY and JOHNNY JEFFRIES, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and MORTGAGE DIRECT, INC.,<br><br>Defendants. | Case No. C-07-3880 MJJ<br><br>CLASS ACTION<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  By Court Order, dated July 30, 2007, the Initial Case Management Conference is scheduled for November 6, 2007.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Please see attached. | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/16/07

Attorney for Plaintiff
Robert M. Rothman
Mark S. Reich
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

Dated: 10/16/07

Attorney for Defendant WELLS FARGO BANK, N.A.
David R. Reidy
REED SMITH LLP

| Name | Party Representing | Phone No. | E-Mail |
|---|---|---|---|
| Robert M. Rothman<br>Mark S. Reich | Nancy and Johnny Jeffries | (631) 367-7100 | rrothman@csgrr.com<br>mreich@csgrr.com |
| Shawn A. Williams | Nancy and Johnny Jeffries | (415) 288-4545 | shawnw@csgrr.com |
| David S. Reidy<br>Mark S. Melodia<br>Robert D. Phillips, Jr.<br>Tyree P. Jones | Wells Fargo Bank, N.A.<br>Mortgage Direct, Inc. | (415) 659-5933 | dreidy@reedsmith.com<br>mmelodia@reedmsmith.com<br>rphillips@reedsmith.com<br>tpjones@reedsmith.com |

**CERTIFICATE OF SERVICE**

I, Mark S. Reich, hereby certify that on October 16, 2007, I caused a true and correct copy of the attached:

Notice of Need for ADR Phone Conference

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

/s/ Mark S. Reich
Mark S. Reich

Wells Fargo Home Mortgage
Service List – 10/16/2007
Page 1 of 1

**Counsel for Defendant(s)**

David S. Reidy
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
  415/659-5933

**Counsel for Plaintiff(s)**

Robert M. Rothman
Mark S. Reich
Coughlin Stoia Geller Rudman &
  Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
  631/367-7100
  631/367-1173 (Fax)

Gary Klein
Shennan Kavanagh
Gillian Feiner
Roddy Klein & Ryan
727 Atlantic Avenue
Boston, MA 02111
  617/357-5500
  617/357-5030 (Fax)

Thomas M. Sobol
Gregory Matthews
Hagens Berman Sobol Shapiro LLC
One Main Street, 4th Floor
Boston, MA 02142
  617/475-1950
  617/482-3003 (Fax)

Shawn A. Williams
Coughlin Stoia Geller Rudman &
  Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
  415/288-4545
  415/288-4534 (Fax)

Marvin A. Miller
Matthew E. Vantine
Lori A. Fanning
Miller Law LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
  312/332-3400
  312/676-2676 (Fax)