Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:     (415) 543-8700
Facsimile:      (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY and JOHNNY JEFFRIES on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and MORTGAGE DIRECT, INC.,<br><br>Defendants. | Case No.: C-07-03880 MJJ<br><br>Related to Case No. C-07-04309<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* MOTION FOR RELIEF FROM CASE MANAGEMENT ORDER**<br><br>Compl. Filed:     July 30, 2007<br>Trial Date:        None<br><br>***Honorable Martin J. Jenkins*** |

**ORDER**

Having considered the *Ex Parte* Motion of defendant Wells Fargo Bank, N.A., and for good cause shown, the Court orders as follows:

///

///

1.       The Case Management Order in this Action is hereby vacated.  The following deadlines shall apply to this Action:

12/4/2007

- Last day to meet and confer re: initial disclosures and discovery plan.  [FRCP 26(f)]

12/8/2007

- Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Court's Standing Order re Contents of Joint Case Management Statement. [FRCP Rule 26(a)(1); Civ. L.R. 16-9]

12/18/2007 (2:00 p.m.)

- Initial case management conference.

**SO ORDERED:**

DATED: _____, 2007

  Hon. Martin J. Jenkins
  United States District Court Judge