Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones, Jr. (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:   (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY and JOHNNY JEFFRIES, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and MORTGAGE DIRECT, INC.,<br><br>Defendants. | Case No.: C-07-03880 MJJ<br><br>**QUALIFIED NON-OPPOSITION OF DEFENDANT WELLS FARGO BANK, N.A., TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Compl. Filed:   July 30, 2007<br>Trial Date:       None<br><br>*Honorable Martin J. Jenkins* |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby submits this qualified non-opposition to the administrative motion of Gilbert Ventura, Sr., and Tracy Ventura, plaintiffs in the action entitled *Ventura v. Wells Fargo Bank, N.A.*, Case No. 07-cv-04309-EMC ("Ventura Action"), asking the Court to consider whether this Action should be related to the Ventura Action. The Ventura Action is currently pending in this district before Judge Edward M. Chen.

Based upon the allegations of the complaints on file in this Action and the Ventura Action, the cases appear to meet the standard of being "related," as set forth in Local Rule 3-12(a). Both Actions allege discrimination in mortgage lending by Wells Fargo, and assert claims on behalf of a

putative class under the Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. §1691, *et seq.*, and the Fair Housing Act ("FHA"), 42 U.S.C. §3601, *et seq.*; the Ventura Action also asserts claims under the Civil Rights Act, 42 U.S.C. §§1981 and 1982. Additionally, both Actions purport to base their allegations in part upon Wells Fargo loan statistics gathered pursuant to the Home Mortgage Data Act ("HMDA").

Based upon the similarity of the allegations, as well as the fact that both Actions purport to seek remedies against Wells Fargo on behalf of the same or similar putative classes, the Actions appear to be related. Civ. L.R. 3-12(a)(1). Wells Fargo therefore believes that there will be an unduly burdensome duplication of labor and expense, or a danger of conflicting results, if these cases are conducted before different judges. Civ. L.R. 3-12(a)(2). By so stating, however, Wells Fargo does not concede that the Actions are appropriate for class treatment or for coordination with any other cases, and does not concede any of the material allegations made in either of the Actions.

DATED: October 10, 2007

REED SMITH LLP

By_____
David S. Reidy
Robert D. Phillips, Jr.
Attorneys for Defendant
WELLS FARGO BANK, N.A.

# PROOF OF SERVICE

*Nancy and John Jeffries, et al. v. Wells Fargo Bank, et al.*
USDC Northern District of California Case No. 07-3880 MJJ

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On October 10, 2007, I served the following document(s) by the method indicated below:

**QUALIFIED NON-OPPOSITION OF DEFENDANT WELLS FARGO BANK, N.A., TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Mark S. Reich
Robert M. Rothman
Samuel H. Rudman
Lerach Coughlin Law Firm
58 South Service Road, Ste. 200
Melville, NY 11703
[Counsel for Plaintiffs John Jeffries and Nancy Jeffries]

Shawn A. Williams
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Ste. 2600
San Francisco, CA 94111
[Counsel for Plaintiffs John Jeffries and Nancy Jeffries]

Wendy Jacobsen Harrison
Bonnett, Fairbourn, Friedman & Balint, PC
2901 North Central Avenue, Ste. 1000
Phoenix, AZ 85012
[Counsel for Plaintiffs Gilbert Ventura, Sr. and Tracy C. Ventura]

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 10, 2007, at San Francisco, California.

Corinne Cadon
Corinne Cadon

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**Other Supporting Documents**
3:07-cv-03880-MJJ Jeffries et al v. Wells Fargo Bank N.A. et al
ADRMOP, E-Filing

# U.S. District Court
## Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Reidy, David entered on 10/10/2007 4:24 PM and filed on 10/10/2007
**Case Name:**       Jeffries et al v. Wells Fargo Bank N.A. et al
**Case Number:**     3:07-cv-3880
**Filer:**           Wells Fargo Bank N.A.
**Document Number:** 17

**Docket Text:**
Statement of Non-Opposition re [8] MOTION to Relate Case filed by Wells Fargo Bank N.A.. (Related document(s)[8]) (Reidy, David) (Filed on 10/10/2007)


**3:07-cv-3880 Notice has been electronically mailed to:**

Wendy Jacobsen Harrison    wharrison@bffb.com, kvanderbilt@bffb.com, rcreech@bffb.com

Mark S. Reich    mreich@lerachlaw.com

David S. Reidy    dreidy@reedsmith.com, vfedoroff@reedsmith.com

Robert M. Rothman    rrothman@lerachlaw.com, e_file_ny@lerachlaw.com

Shawn A. Williams    shawnw@csgrr.com, aelishb@csgrr.com, cwood@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, moniquew@csgrr.com, travisd@csgrr.com

**3:07-cv-3880 Notice has been delivered by other means to:**

Samuel H. Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\uspdcfidm001p\ccadon$\Backup\Ltr.Putnam.re.Silva.16feb07.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/10/2007] [FileNumber=3816418-0]
[ac9a9d1faad31389fe47364bd90eeb5079e2c981129def35d549cea0aea14eae9493
95e6f16c000d7d9dae6f8f75e9ac947651f89eb55e206f62b3d97788d977]]