1  Robert D. Phillips, Jr. (SBN 82639)
   Tyree P. Jones (SBN 127631)
2  David S. Reidy (SBN 225904)
   REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
   San Francisco, CA 94111-3922
4
   **Mailing Address:**
5  P.O. Box 7936
   San Francisco, CA 94120-7936
6
   Telephone:    (415) 543-8700
7  Facsimile:    (415) 391-8269

8  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12
13  NANCY and JOHNNY JEFFRIES on Behalf of    Case No.: C-07-03880 MJJ
    Themselves and All Others Similarly Situated,
14                                             Related to Case No. C-07-04309
                  Plaintiffs,
15                                             **MOTION TO REMOVE INCORRECTLY
         vs.                                   FILED DOCUMENT**
16
    WELLS FARGO BANK, N.A., and
17  MORTGAGE DIRECT, INC.,                     Compl. Filed:   July 30, 2007
                                               Trial Date:     None
                  Defendants.
18
19                                             *Honorable Martin J. Jenkins*

20
21
...
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby moves this Court to remove docket No. 17, as an incorrect document mistakenly uploaded to the efiling system. The corrected document has been refiled as docket No. 23.

                                                Respectfully submitted,

DATED: October 24, 2007        REED SMITH LLP

By _____
David S. Reidy
Attorneys for Defendant
WELLS FARGO BANK, N.A.

— 1 —