1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN WILLIAMS
   100 Pine Street, 26th Floor
3  San Francisco, CA 94111
   Telephone: 415/288-4545
4  415/288-4534 (fax)
   shawnw@csgrr.com
5
   COUGHLIN STOIA GELLER
6    RUDMAN & ROBBINS LLP
   SAMUEL H. RUDMAN (Pro Hac Vice)
7  ROBERT M. ROTHMAN (Pro Hac Vice)
   MARK S. REICH (Pro Hac Vice)
8  58 South Service Road, Suite 200
   Melville, NY 11747
9  Telephone: 631/367-7100
   631/367-1173 (fax)
10 srudman@csgrr.com
   rrothman@csgrr.com
11 mreich@csgrr.com

12 Attorneys for Plaintiffs

13 [Additional counsel appear on signature page.]

14              UNITED STATES DISTRICT COURT
15             NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| NANCY and JOHNNY JEFFRIES, On Behalf of Themselves and All Others Similarly Situated, | Case No. C-07-3880 MJJ |
| Plaintiffs, | CLASS ACTION |
| vs. | STIPULATION |
| WELLS FARGO BANK, N.A., and MORTGAGE DIRECT, INC., | |
| Defendants. | |

1    WHEREAS, on July 30, 2007, Plaintiffs Nancy and Johnny Jeffries filed their Complaint in the above-captioned action (the "*Jeffries* Action");

2    WHEREAS, on July 30, 2007, this Court issued its Order Setting Initial Case Management Conference and Deadlines;

3    WHEREAS, on August 21, 2007, Plaintiffs Gilbert and Tracy Ventura filed their Complaint in the action entitled *Ventura v. Wells Fargo Bank, N.A.*, Case No.: C-07-4309 MJJ (the "*Ventura* Action");

4    WHEREAS, on August 21, 2007, Judge Edward M. Chen issued its Order Setting Initial Case Management Conference and Deadlines;

5    WHEREAS, on October 5, 2007, defendant Wells Fargo Bank, N.A. filed its Answers to the Complaints in the *Jeffries* Action and the *Ventura* Action;

6    WHEREAS, on October 12, 2007, this Court entered a Related Case Order finding that the *Jeffries* and *Ventura* Actions are related, and reassigning the *Ventura* Action to this Court;

7    WHEREAS, the Related Case Order did not vacate the dates set forth in the CMC Order in the *Jeffries* Action; and

8    WHEREAS, Plaintiffs in both the *Jeffries* and *Ventura* Actions and defendant Wells Fargo Bank, N.A. have agreed that the *Jeffries* and *Ventura* Actions should be consolidated and intend to file a stipulation to that effect;

IT IS THEREFORE STIPULATED between Plaintiffs in both the *Jeffries* and *Ventura* Actions and defendant Wells Fargo Bank, N.A., by and through their undersigned attorneys of record, that:

1. The deadlines set forth in the CMC Order of the *Jeffries* Action shall be changed to conform to the dates set forth in the Clerk's October 18, 2007 Notice Scheduling Case Management Conference on Reassignment of the *Ventura* Action. In particular:

- 12/8/2007: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement;
- 12/18/2007: Initial Case Management Conference

1  2. Defendant Wells Fargo Bank, N.A.'s *Ex Parte* Motion to Modify Case Management
2  Order, filed on October 23, 2007, ("Motion to Modify") is withdrawn as it is resolved through this
3  Stipulation.

4  **SO STIPULATED:**

5  DATED: October 30, 2007

6  COUGHLIN STOIA GELLER RUDMAN &
   ROBBINS, LLP

8  By: /s/ Robert Roth
9  Samuel H. Rudman
   Robert M. Rothman
10 Mark S. Reich
   Shawn A. Williams

11
   RODDY KLEIN & RYAN
12 Gary Klein
   Shennan Kavanagh
13 Gillian Feiner

14 MILLER LAW LLC
   Marvin A. Miller
15 Matthew E. Vantine
   Lori A. Fanning

16
   HAGENS BERMAN SOBOL SHAPIRO LLP
17 Thomas M. Sobol
   Gregory Matthews

18
   *Attorneys for Plaintiffs*
19 *NANCY and JOHNNY JEFFRIES*

   DATED: October 30, 2007
20 BONNETT FAIRBOURN FRIEDMAN &
   BALINT, P.C.

23 By: _____
   Andrew S. Friedman
24 Wendy J. Harrison

25 CHAVEZ & GERTLER
   Mark A. Chavez

26
   *Attorneys for GILBERT VENTURA, SR. and*
27 *TRACEY D. VENTURA*

28

2

DATED: October 30, 2007

REED SMITH LLP

By: _____
Robert D. Phillips, Jr.
Tyree P. Jones, Jr.
David S. Reidy

*Attorneys for Defendant*
WELLS FARGO BANK, N.A.

## ORDER

Based upon the stipulation of the parties hereto, and for good cause shown, the Court orders as follows:

1. The dates set forth in this Court's July 30, 2007 Order Setting Initial Case Management Conference and Deadlines are hereby vacated;

2. The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and to file a joint ADR certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be on or before November 21, 2007;

3. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report shall be on or before December 8, 2007; and

4. The case management conference shall be held on December 18, 2007, at 2:00 PM, in Courtroom 11, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

5. Defendants' Motion to Modify is denied as moot.

**SO ORDERED:**

DATED: _____, 2007

_____
Hon. Martin J. Jenkins
United States District Court Judge