1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  SHAWN WILLIAMS
   100 Pine Street, 26th Floor
3  San Francisco, CA 94111
   Telephone: 415/288-4545
4  415/288-4534 (fax)
   shawnw@csgrr.com
5
   COUGHLIN STOIA GELLER
6     RUDMAN & ROBBINS LLP
   SAMUEL H. RUDMAN (*Pro Hac Vice*)
7  ROBERT M. ROTHMAN (*Pro Hac Vice*)
   MARK S. REICH (*Pro Hac Vice*)
8  58 South Service Road, Suite 200
   Melville, NY 11747
9  Telephone: 631/367-7100
   631/367-1173 (fax)
10 srudman@csgrr.com
   rrothman@csgrr.com
11 mreich@csgrr.com

12 Attorneys for Plaintiffs

13 [Additional counsel appear on signature page.]

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 NANCY and JOHNNY JEFFRIES, On Behalf )   Case No. C-07-3880 MJJ
   of Themselves and All Others Similarly  )
18 Situated,                                )   CLASS ACTION
                                            )
19                    Plaintiffs,           )   STIPULATION
                                            )
20       vs.                                )
                                            )
21 WELLS FARGO BANK, N.A., and              )
   MORTGAGE DIRECT, INC.,                   )
22                                          )
                      Defendants.           )
23 _____  )

1     WHEREAS, on July 30, 2007, Plaintiffs Nancy and Johnny Jeffries filed their Complaint in the above-captioned action (the "*Jeffries* Action");

3     WHEREAS, on July 30, 2007, this Court issued its Order Setting Initial Case Management Conference and Deadlines;

5     WHEREAS, on August 21, 2007, Plaintiffs Gilbert and Tracy Ventura filed their Complaint in the action entitled *Ventura v. Wells Fargo Bank, N.A.*, Case No.: C-07-4309 MJJ (the "*Ventura* Action");

8     WHEREAS, on August 21, 2007, Judge Edward M. Chen issued its Order Setting Initial Case Management Conference and Deadlines;

10     WHEREAS, on October 5, 2007, defendant Wells Fargo Bank, N.A. filed its Answers to the Complaints in the *Jeffries* Action and the *Ventura* Action;

12     WHEREAS, on October 12, 2007, this Court entered a Related Case Order finding that the *Jeffries* and *Ventura* Actions are related, and reassigning the *Ventura* Action to this Court;

14     WHEREAS, the Related Case Order did not vacate the dates set forth in the CMC Order in the *Jeffries* Action; and

16     WHEREAS, Plaintiffs in both the *Jeffries* and *Ventura* Actions and defendant Wells Fargo Bank, N.A. have agreed that the *Jeffries* and *Ventura* Actions should be consolidated and intend to file a stipulation to that effect;

19     IT IS THEREFORE STIPULATED between Plaintiffs in both the *Jeffries* and *Ventura* Actions and defendant Wells Fargo Bank, N.A., by and through their undersigned attorneys of record, that:

22     1.     The deadlines set forth in the CMC Order of the *Jeffries* Action shall be changed to conform to the dates set forth in the Clerk's October 18, 2007 Notice Scheduling Case Management Conference on Reassignment of the *Ventura* Action. In particular:

- 12/8/2007: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement;
- 12/18/2007: Initial Case Management Conference

1

2. Defendant Wells Fargo Bank, N.A.'s *Ex Parte* Motion to Modify Case Management Order, filed on October 23, 2007, ("Motion to Modify") is withdrawn as it is resolved through this Stipulation.

**SO STIPULATED:**

DATED: October 30, 2007

        COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP

        By: /s/ Robert Roth

        Samuel H. Rudman
        Robert M. Rothman
        Mark S. Reich
        Shawn A. Williams

        RODDY KLEIN & RYAN
        Gary Klein
        Shennan Kavanagh
        Gillian Feiner

        MILLER LAW LLC
        Marvin A. Miller
        Matthew E. Vantine
        Lori A. Fanning

        HAGENS BERMAN SOBOL SHAPIRO LLP
        Thomas M. Sobol
        Gregory Matthews

        *Attorneys for Plaintiffs*
        *NANCY and JOHNNY JEFFRIES*

DATED: October 30, 2007

        BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.

        By: _____
        Andrew S. Friedman
        Wendy J. Harrison

        CHAVEZ & GERTLER
        Mark A. Chavez

        *Attorneys for GILBERT VENTURA, SR. and TRACEY D. VENTURA*

DATED: October 30, 2007

REED SMITH LLP

By: /s/ Tyree P. Jones
Robert D. Phillips, Jr.
Tyree P. Jones, Jr.
David S. Reidy

*Attorneys for Defendant*
WELLS FARGO BANK, N.A.

## ORDER

Based upon the stipulation of the parties hereto, and for good cause shown, the Court orders as follows:

1. The dates set forth in this Court's July 30, 2007 Order Setting Initial Case Management Conference and Deadlines are hereby vacated;

2. The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and to file a joint ADR certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be on or before November 21, 2007;

3. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report shall be on or before December 8, 2007; and

4. The case management conference shall be held on December 18, 2007, at 2:00 PM, in Courtroom 11, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

5. Defendants' Motion to Modify is denied as moot.

**SO ORDERED:**

DATED: ____10/30____, 2007

_____
Hon. Martin J. Jenkins
United States District Court

3