UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:** **MARTIN J. JENKINS**

**Date**: December 18, 2007

**Case No:** C 07-3880 MJJ and C 07-4309 MJJ

**Case Title**: NANCY JEFFRIES, et al.  v.  WELLS FARGO BANK, et al.
  GILBERT VENTURA, et al.  v.  WELLS FARGO BANK (related cases)

**Appearances:**

  For Plaintiff(s): Andrew Friedman, Mark Chavez, Gary Klein, Roberth Rothman, Shawn Williams

  For Defendant(s): Tyree Jones, Robert Phillips

**Deputy Clerk**: Rowena B. Espinosa          **Court Reporter**: not reported

## *PROCEEDINGS*

1.  Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
       ( ) Denied
       ( ) Granted in part/Denied in part
       ( ) Taken under submission
       ( ) Withdrawn/Off Calendar
       (X) Continued to: **Tuesday, 02/26/08 at 1:45 PM for Telephonic Status**

## *SUMMARY*

- Mortgage Direct has been served but has not answered.  Party shall file for default or apprise the Court on the status of Mortgage Direct by 01/25/08.
- Parties shall notify this Court by 01/04/08 re: consolidation of these cases.
- Parties shall file the proposed pretrial order/briefing schedule by Friday, 12/21/07.  Tentative trial time in October 2009, dispositive motions to be heard in November 2009 and settlement with Mag. Judge Spero in October 2009.
- Amendments to the pleading shall be done by 05/01/08.
- Plaintiffs shall initiate the call at the Status Conference on February 26.