Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY and JOHNNY JEFFRIES on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and MORTGAGE DIRECT, INC.,<br><br>Defendants. | Case No.: C-07-03880 MJJ<br><br>Related to Case No. C-07-04309<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF FILING COPIES OF ITS MOTION TO TRANSFER BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Compl. Filed:   July 30, 2007<br>Trial Date:   None<br><br>***Honorable Martin J. Jenkins*** |

Case 3:07-cv-03880-MMC    Document 37    Filed 01/03/2008    Page 2 of 2

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT,** on January 3, 2008, Defendant Wells Fargo Bank N.A. ("Wells Fargo") filed the following pleadings with the Judicial Panel on Multidistrict Litigation, true and correct copies of which are submitted concurrently herewith, in support of its Motion to Transfer this action for Consolidated and Coordinated Pretrial Proceedings ("Motion"): Notice of Motion, Motion, Memorandum of Points and Authorities in Support thereof, Corporate Disclosure Statement, Notice of Appearance, Reasons for Oral Argument, and Exhibit Volume.

DATED: January 3, 2008

REED SMITH LLP

By    /s/
    Robert D. Phillips, Esq.
    Attorneys for Defendant
    WELLS FARGO BANK, N.A.

– 1 –    DOCSSFO-12496449.11/3/08 6:56 PM
NOTICE OF FILING MOTION TO TRANSFER