**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| In re: Wells Fargo Mortgage Lending Practices | : | MDL No.: _____ |
| Litigation | : | |
| | : | |
| | : | |

**NOTICE OF MOTION OF WELLS FARGO BANK, N.A., TO TRANSFER ACTIONS FOR CONSOLIDATED AND COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. §1407**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that **at a date, time, and place to be set by the Judicial Panel for Multidistrict Litigation**, Wells Fargo Bank, N.A. ("Wells Fargo") will and hereby does move for transfer for consolidation and coordination of putative class actions pending in federal district courts against Wells Fargo to a single transferee district, pursuant to 28 U.S.C. section 1407. This motion is brought on the grounds that the actions are related and transfer and coordination is appropriate to serve the convenience of the parties and witnesses and promote the just and efficient conduct of the actions.

The Motion is based on this Notice, Motion to Transfer for Consolidated and Coordinated Pretrial Proceedings ("Motion"), and the Memorandum of Points and Authorities in Support of the Motion attached to and filed herewith, the Schedule of Actions, and all papers filed in relation to Wells Fargo's Motion, filed concurrently herewith, the complete files and records in

the Wells Fargo actions, matters that may be judicially noticed, and any oral or documentary

evidence that may be presented at the hearing on this matter.


Dated:  January **3**, 2008


David Z. Smith
REED SMITH SACHNOFF & WEAVER
10 South Wacker Drive
40th Floor
Chicago, Illinois 60606-7507
(312) 207 1000
(312) 207 6400 facsimile


REED SMITH LLP


Robert D. Phillips, Jr.
Two Embarcadero Center
Suite 2000
San Francisco, California 94111
(415) 543-8700
(415) 391-8269 facsimile

Attorneys for Defendant Wells Fargo Bank, N.A.