BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Wells Fargo Mortgage Lending Practices : MDL No.: 1836
Litigation                                     :
                                               :
                                               :
                                               :

## EXHIBIT VOLUME

### [IN SUPPORT OF MOTION OF WELLS FARGO BANK, N.A. UNDER 28 U.S.C. § 1407 TO TRANSFER FOR CONSOLIDATED AND COORDINATED PRETRIAL PROCEEDINGS]

Defendants Wells Fargo Bank, N.A. submits the following exhibits in support of its Motion to Transfer for Consolidated and Coordinated Pretrial Proceedings:

A. Schedule of Actions

B. Docket sheets from the following cases:

- *Nancy and Johnny Jeffries on Behalf of Themselves and All Others Similarly Situated v. Wells Fargo Bank, N.A. and Mortgage Direct, Inc.*, 07cv3880 (N.D. Cal. 2007)

- *Gilbert Ventura, Sr. and Tracy D. Ventura v. Wells Fargo Bank, N.A.*, 07cv4309 (N.D. Cal. 2007)

- *Judy Williams, individually and on behalf of all others similarly situated v. Wells Fargo Bank, N.A.*, 07cv6342 (N.D. Ill. 2007)
- *Juan Rodriguez and Josefina Rodriguez, individually, and on the class of all others similarly situated v. Wells Fargo Bank, N.A.*, 07cv6780 (C.D. Cal. 2007)

C.  Complaints from the following cases:

- *Nancy and Johnny Jeffries on Behalf of Themselves and All Others Similarly Situated v. Wells Fargo Bank, N.A. and Mortgage Direct, Inc.*, 07cv3880 (N.D. Cal. 2007)
- *Gilbert Ventura, Sr. and Tracy D. Ventura v. Wells Fargo Bank, N.A.*, 07cv4309 (N.D. Cal. 2007)
- *Judy Williams, individually and on behalf of all others similarly situated v. Wells Fargo Bank, N.A.*, 07cv6342 (N.D. Ill. 2007)
- *Juan Rodriguez and Josefina Rodriguez, individually, and on the class of all others similarly situated v. Wells Fargo Bank, N.A.*, 07cv6780 (C.D. Cal. 2007)

Dated: January 3, 2008

        David Z. Smith
        REED SMITH SACHNOFF & WEAVER
        10 South Wacker Drive
        40th Floor
        Chicago, Illinois 60606-7507
        (312) 207 1000
        (312) 207 6400 facsimile

        REED SMITH LLP

        /s/ Robert D. Phillips, Jr.
        Robert D. Phillips, Jr.
        Two Embarcadero Center
        Suite 2000
        San Francisco, California 94111
        (415) 543-8700
        (415) 391-8269 facsimile

        Attorneys for Defendant Wells Fargo Bank, N.A.