**EXHIBIT A**

**Before the Judicial Panel on Multidistrict Litigation**
**MDL-___ - In re Wells Fargo Mortgage Lending Practices Litigation**

## SCHEDULE OF ACTIONS

| Name of Action | District Court and Division | Civil Number | Judge (if assigned) |
|---|---|---|---|
| Nancy and Johnny Jeffries on Behalf of Themselves and All Others Similarly Situated v. Wells Fargo Bank, N.A. and Mortgage Direct, Inc. | United States District Court for the Northern District of California (San Francisco Division) | 07cv3880 | Hon. Martin J. Jenkins |
| Gilbert Ventura, Sr. and Tracy D. Ventura v. Wells Fargo Bank, N.A. | United States District Court for the Northern District of California (San Francisco Division) | 07cv4309 | Hon. Martin J. Jenkins |
| Judy Williams, individually and on behalf of all others similarly situated v. Wells Fargo Bank, N.A. | United States District Court for the Northern District of Illinois (Eastern Division) | 07cv6342 | Hon. Samuel Der-Yeghiayan |
| Juan Rodriguez and Josefina Rodriguez, individually, and on the class of all others similarly situated v. Wells Fargo Bank, N.A. | United States District Court for the Central District of California (Western Division) | 07cv6780 | Hon. Christina A. Snyder |