BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Wells Fargo Mortgage Lending Practices : MDL No.: _____
Litigation                                     :
                                               :
_____:

NOTICE OF APPEARANCE

PARTIES REPRESENTED: Wells Fargo Bank, N.A., in all pending actions.

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the defendant indicated. I am aware that only one attorney can be designated for each party.

Robert D. Phillips, Jr.
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, California 94111
Telephone: (415) 543-8700
Fax: (415) 391-8269

Dated: January 3, 2008

        David Z. Smith
        REED SMITH SACHNOFF & WEAVER
        10 South Wacker Drive
        40th Floor
        Chicago, Illinois 60606-7507
        (312) 207 1000
        (312) 207 6400 facsimile

        REED SMITH LLP

        */s/ Robert D. Phillips, Jr.*
        Robert D. Phillips, Jr.
        Two Embarcadero Center
        Suite 2000
        San Francisco, California 94111
        (415) 543-8700
        (415) 391-8269 facsimile

        Attorneys for Defendant Wells Fargo Bank, N.A.