BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Wells Fargo Mortgage Lending Practices : MDL No. 1836
Litigation :
: 
:
:

## REASONS WHY ORAL ARGUMENT SHOULD BE HEARD

Wells Fargo Bank, N.A. respectfully requests oral argument on its motion pursuant to 28 U.S.C. § 1407 to transfer for centralized and coordinated pretrial proceedings. To the extent the Panel has questions related to the necessity of centralization and transfer of Wells Fargo cases under Section 1407 or the appropriate forum in which to centralize Wells Fargo actions, those questions can be most effectively addressed through oral argument.

Dated: January 3, 2008

        David Z. Smith
        REED SMITH SACHNOFF & WEAVER
        10 South Wacker Drive
        40th Floor
        Chicago, Illinois 60606-7507
        (312) 207 1000
        (312) 207 6400 facsimile

        REED SMITH LLP

        */s/ Robert D. Phillips, Jr.*
        Robert D. Phillips, Jr.
        Two Embarcadero Center
        Suite 2000
        San Francisco, California 94111
        (415) 543-8700
        (415) 391-8269 facsimile

        Attorneys for Defendant Wells Fargo Bank, N.A.