**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re: Wells Fargo Mortgage Lending Practices : MDL No.: _____
Litigation :
  :
  :
  :

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## WELLS FARGO BANK, N.A.

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Wells Fargo Bank, N.A., by its undersigned counsel, hereby submits its Corporate Disclosure Statement.

Wells Fargo Bank, N.A. is a wholly owned subsidiary of Wells Fargo & Company. Wells Fargo & Company is a publicly traded company and is the ultimate parent (NYSE: WFC).

Dated: January 3, 2008

          David Z. Smith
          REED SMITH SACHNOFF & WEAVER
          10 South Wacker Drive
          40th Floor
          Chicago, Illinois 60606-7507
          (312) 207 1000
          (312) 207 6400 facsimile

          REED SMITH LLP

          /s/ Robert D. Phillips, Jr.
          Robert D. Phillips, Jr.
          Two Embarcadero Center
          Suite 2000
          San Francisco, California 94111
          (415) 543-8700
          (415) 391-8269 facsimile

          Attorneys for Defendant Wells Fargo Bank, N.A.