## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Wells Fargo Mortgage Lending Practices : MDL No.: _____
Litigation                                    :
                                              :
                                              :

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2008, true and correct copies of Wells Fargo Bank, N.A.'s Notice of Motion for Transfer, Motion for Transfer, Memorandum of Points and Authorities in Support thereof, Corporate Disclosure Statement, Notice of Appearance, Reasons for Oral Argument, and Exhibit Volume were electronically filed with the following courts:

**USDC, Northern District of California (San Francisco Division)**

Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Ave.
16th Floor
San Francisco, CA  94102

**USDC, Central District of California (Western Division – Los Angeles)**

Clerk of the Court
United States District Court
Central District of California
255 East Temple Street
Los Angeles, CA 90012

**USDC, Northern District of Illinois (Eastern Division)**

Clerk of the Court
United States District Court
Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

I further certify that on January 3, 2008, true and correct copies of the Notice of Motion for Transfer, Motion for Transfer, Memorandum of Points and Authorities in Support thereof, Corporate Disclosure Statement, Notice of Appearance, Reasons for Oral Argument and Exhibit Volume were served via First Class Mail on the following counsel and/or parties:

***Nancy and Johnny Jeffries on Behalf of Themselves and All Others Similarly Situated v. Wells Fargo Bank, N.A. and Mortgage Direct, Inc.***

United States District Court for the Northern District of California (San Francisco Division)

Shawn Williams
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA   94111
**Attorney for Plaintiffs**

Samuel Rudman
Robert Rudman
Mark Reich
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
**Attorneys for Plaintiffs**

Gary Klein
Shennan Kavanagh
Gillian Feiner
Roddy, Klein & Ryan
727 Atlantic Avenue
Boston, MA  02111
**Attorneys for Plaintiffs**

Marvin Miller
Matthew Vantine
Lori Fanning
Miller Law LLC
115 South Lasall Street, Suite 2910
Chicago, IL  60603
**Attorneys for Plaintiffs**

Thomas Sobol
Gregory Matthews
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Boston, MA  02142
**Attorneys for Plaintiff**

**Defendant Mortgage Direct, Inc.**
Agent for Service of Process
Mortgage Direct Inc.
360 W. Butterfield Rd. Suite 320
Elmhurst, IL 60126

<u>*Gilbert Ventura, Sr. and Tracy D. Ventura v. Wells Fargo Bank, N.A.*</u>

United States District Court for the Northern District of California (San Francisco Division)

Andrew Friedman
Wendy Harrison
Bonnet, Fairbourn, Friedman and Balint, P.C.
2901 North Central Avenue, Suite 1000
Pheonix, AZ  85012
**Attorneys for Plaintiffs**

Mark Chavez
Nance Becker
Chavez & Gertler L.L.P.
42 Miller Avenue
Mill Valley, CA  94941
**Attorneys for Plaintiffs**

Theodore Joseph Pintar
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway Suite 1900
San Diego, CA 92101
**Attorney for Plaintiffs**


*Juan Rodriguez and Josefina Rodriguez, individually, and on the class of all others similarly situation v. Wells Fargo Bank, N.A.*

United States District Court for the Central District of California (Western Division)

Timothy Dillon
Law Offices of Timothy Dillon
361 Forest Avenue, Suite 205
Laguna Beach, CA  92651
**Attorney for Plaintiffs**


*Judy Williams, individually and on behalf of all others similarly situated v. Wells Fargo Bank, N.A.*

United States District Court for the Northern District of Illinois (Eastern Division)

Joseph Meitzer
Edward Ciolko
Joseph Weeden
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Randor, PA  19087
**Attorneys for Plaintiff**

Robert Allison
Bruce Howard
Steven Schneck
Robert D. Allison & Associates
122 S. Michigan Ave., Suite 1850
Chicago, IL  60603
**Attorneys for Plaintiff**

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on January 3, 2008, at San Francisco, California.

                  _____
                   VERONICA L. CANTON