Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones, Jr. (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  (415) 543-8700
Facsimile:   (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY and JOHNNY JEFFRIES, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and MORTGAGE DIRECT, INC.,<br><br>Defendants. | Case No.: C-07-03880 MJJ<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF QUALIFIED OBJECTION TO CONSOLIDATION OF RELATED CASES**<br><br>Compl. Filed:  July 30, 2007<br>Trial Date:     None<br><br>*Honorable Martin J. Jenkins* |

To ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby submits this qualified objection to the consolidation of this Action with the related action entitled *Ventura v. Wells Fargo Bank, N.A.*, Case No. 07-cv-04309-EMC ("Ventura Action"). On December 18, 2007, plaintiffs Nancy and Johnny Jeffries ("Plaintiffs") and Wells Fargo, through their counsel of record, appeared at the Initial Case Management Conference in this Action. Pursuant thereto, this Court ordered that no later than January 4, 2008, Plaintiffs shall submit a Proposed Pretrial Order No. 1 ("PTO1") consolidating this action with the Ventura Action, appointing lead and interim class

counsel pursuant to Rule 23(g), establishing an organizational structure of Plaintiffs' counsel and establishing procedures for subsequently filed related cases. During the intervening time period, Defendant determined that the related proceedings herein as well as putative class actions filed in the Central District of California, entitled *Rodriguez v. Wells Fargo*, Case No. 07-cv-6780 (C.D. Cal. 2007) ("Rodriguez Action"), and in the Northern District of Illinois, entitled *Williams v. Wells Fargo*, Case No. 07-cv-6342 (N.D. Ill. 2007) ("Williams Action"), warrant multidistrict transfer to a single transferee district. See 28 U.S.C. §1407. Consequently, on January 3, 2007, Defendant filed a Motion to Transfer for Consolidated and Coordinated Pretrial Proceedings with the Judicial Panel on Multidistrict Litigation, with copies filed with this Court and served on all parties.

Based upon the allegations of the complaints on file in this Action, the Ventura Action, the Rodriguez Action and the Williams Action, these cases appear to meet the standard for multidistrict transfer to a single transferee for coordinated pretrial proceedings in either the Northern District of Illinois or, alternatively, the Southern District of Iowa. Transfer to either of these districts will enhance the convenience of the parties, counsel, and witnesses and advance the just and efficient conduct of the actions for the reasons set forth in the motion for transfer filed with this Court. See 28 U.S.C. §1407.

Based upon its motion for multidistrict transfer, Wells Fargo hereby notifies this Court and all parties of its objection to consolidation of this Action and the Ventura Action in this Court.

DATED: January 4, 2008

REED SMITH LLP

By   /s/
David S. Reidy
Tyree P. Jones, Jr.
Robert D. Phillips, Jr.
Attorneys for Defendant
WELLS FARGO BANK, N.A.