Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY and JOHNNY JEFFRIES on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and MORTGAGE DIRECT, INC.,<br><br>Defendants. | Case No.: C-07-03880 MJJ<br><br>Related to Case No. C-07-04309<br><br>▆▆▆▆▆▆▆ **PRETRIAL ORDER ON CASE MANAGEMENT**<br><br>Case Management Conference (CMC)<br><br>Date:         December 18, 2007<br>Time:        2:00 p.m.<br>Place:        Ctrm. 11<br><br>Continued CMC (Telephonic)<br><br>Date:         February 26, 2008<br>Time:        1:45 p.m.<br><br>The Honorable Martin J. Jenkins |

**PRETRIAL ORDER**

On December 18, 2007, plaintiffs Nancy and Johnny Jeffries ("Plaintiffs") and Wells Fargo Bank, N.A. ("Wells Fargo"), through their counsel of record, appeared at the Initial Case Management Conference in this Action. The Court entered the following findings and pre-trial deadlines:

**1. Consolidation / Follow-up Case Status Conference**

No later than January 4, 2008, Plaintiffs shall submit a Proposed Pretrial Order No. 1 ("PTO1") consolidating this action with *Ventura v. Wells Fargo Bank, N.A.*, N.D. Cal. Case No. C-07-04309 (MJJ) (the "Ventura Action"), appointing lead and interim class counsel pursuant to Rule 23(g), establishing an organizational structure of Plaintiffs' counsel and establishing procedures for subsequently filed related cases. In the event that the Plaintiffs are unable to agree on PTO1, they may submit letter briefs of not more than 2 pages summarizing their disagreement and their proposed resolution.

The parties shall appear telephonically for a continued Case Management Conference on Tuesday, February 26, 2008, at 1:45pm. Plaintiffs shall initiate the conference call.

**2. Mortgage Direct, Inc.**

Defendant Mortgage Direct, Inc. ("MDI") has been served in the Action but has not appeared. Plaintiffs shall notify the Court of their intentions with regard to MDI no later than January 25, 2008.

**3. Disclosures**

Plaintiffs and Wells Fargo will exchange their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on January 25, 2008.

**4. Amendment of Pleadings**

Plaintiffs shall inform the Court at the earliest opportunity if they intend to amend the Complaint on file in this Action. Any amendments to the Complaint shall be completed by May 1, 2008.

///

///

**5.     Initial Phase of Discovery**

This Action shall be bifurcated for discovery purposes into two phases – an initial phase focused on issues concerning class certification, and a subsequent phase focused on the merits.

**(a)     Scope and Methods**

The initial phase of discovery shall be focused on those issues required for class certification. Absent leave of this Court or agreement of the parties, Plaintiffs and Wells Fargo shall adhere to the following discovery limitations during the initial discovery phase:

- 30 depositions for consolidated cases (15 for all plaintiffs in consolidated actions and 15 for Wells Fargo)
- Plaintiffs and Wells Fargo may each propound 50 document requests;
- Plaintiffs and Wells Fargo may each propound 50 interrogatories;
- Plaintiffs and Wells Fargo shall each be entitled to three expert witnesses.

**(b)     Deadlines**

The following discovery deadlines shall apply to the initial phase of discovery:

- July 25, 2008          Fact witness cutoff for certification purposes;
- August 1, 2008        Plaintiff's Rule 26(a)(2) identification of experts for certification issues;
- August 8, 2008        Plaintiffs' expert witness reports due for certification issues;
- August 22, 2008      Wells Fargo's rebuttal disclosure and reports for certification issues;
- August 29, 2008      Plaintiffs' rebuttal disclosure and reports for certification issues;
- September 12, 2008  Expert discovery cutoff for certification issues.

**6.     Class Certification**

Plaintiffs' motion for class certification shall be heard on December 3, 2008, at 9:30 a.m. The following briefing schedule shall apply to the class certification motion:

- October 8, 2008       Last day to file motion for class certification;
- October 29, 2008     Last day to file opposition to class certification;

- November 12, 2008   Last day to file reply briefs.

**7.   Post Class Certification Status Conference**

On January 29, 2009, the Court will hold a post-class certification status conference, ▓▓▓▓ ▓▓▓▓▓▓▓. at 2:30 p.m.

**8.   Subsequent Discovery Stage**

**(a)   Scope and Methods**

The subsequent phase of discovery shall be focused on those issues concerning the mertis of Plaintiffs' claims. Plaintiffs and Wells Fargo shall adhere to the following schedule during the subsequent discovery phase:

- May 28, 2009        Fact discovery closes;
- July 31, 2009        Expert discovery closes.

**8.   Dispositive Motions**

The Court sets September 2009 as a tentative date for dispositive motions.

**9.   Settlement Conference**

A settlement conference before Magistrate Judge Joseph Spero will be held in October 2009.

**10.   Trial Date**

The Court sets November 2009 as a tentative trial date.

**SO ORDERED:**

DATED: January 8, 2008, ▓▓▓

_____
Hon. Martin J. Jenkins
United States District Court Judge