Lori E. Andrus (SBN 205816)
Micha Star Liberty (SBN 215687)
Jennie Lee Anderson (SBN 203586)
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA 94102
Telephone: (415) 896-1000
Facsimile: (415) 896-2249
lori@libertylaw.com
micha@libertylaw.com
jennie@libertylaw.com

Barry W. Walker
THE WALKER LAW FIRM
Two 20th Street North, Suite 1320
Birmingham, Alabama 35203
Telephone: (205) 252-2770
Facsimile: (205) 252-2119
barry@bwwlawllc.com

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANCY and JOHNNY JEFFRIES, on behalf of themselves and all others similarly situated, | |
| Plaintiff, | Case No.: C-07-03880-MJJ |
| v. | |
| WELLS FARGO BANK, N.A., and MORTGAGE DIRECT, INC., | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIV. L.R. 3-12(b)** |
| Defendant. | |
| *This document relates to:* | |
| RUBY KATHRYN BROWN, on behalf of herself and all others similarly situated, | |
| Plaintiff, | |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |
| Case No.: C-08-0492-EDL | |

1  Pursuant to Civil Local Rules 3-12(b) and 7-11, Plaintiff Ruby Kathryn Brown hereby
2  moves this Court to consider whether *Brown v. Wells Fargo Bank, N.A.*, No.: C-08-0492-EDL,
3  filed in this District on January 23, 2008, relates to *Jeffries v. Wells Fargo Bank, N.A.* No. C-07-
4  03880-MJJ and *Ventura v. Wells Fargo Bank, N.A.*, No. C-07-04309-EMC.[1]

5  Cases are deemed to be related pursuant to Civil L.R. 3-12(a) when: (1) the actions
6  concern substantially the same parties, property, transaction or event; and (2) it appears likely that
7  there will be an unduly burdensome duplication of labor and expense or conflicting results if the
8  cases are conducted before different judges.

9  This Administrative Motion is made on the grounds the actions involve substantially
10 similar parties, raise substantially similar questions of fact and law and concern substantially
11 similar wrongful acts and occurrences. *See* Civil L.R. 3-12(a)(1). Pursuant to Civil L.R. 3-
12 12(a)(2), it also appears likely that there will be an unduly burdensome duplication of labor and
13 expense and the possibility of conflicting results if these cases are conducted before different
14 judges. Given the closely related nature of these cases, each involving substantially similar
15 questions of law and fact, the assignment of these actions to the same judge would serve the
16 interests of judicial economy and avoid the potential for conflicting rulings.

17 Because it appears that the matters satisfy the criteria of Civil L.R. 3-12, Plaintiff requests
18 that *Brown v. Wells Fargo Bank, N.A.,* be related to *Jeffries v. Wells Fargo Bank, N.A.* and
19 transferred to the Honorable Martin J. Jenkins for further proceedings.

20
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

---

[1] On October 12, 2007, this Court ordered that the *Ventura* and *Jeffries* cases were related and transferred the *Ventura* matter to Judge Martin J. Jenkins accordingly.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | Dated: January 24, 2008 |
| 4 | By:   */s/ Jennie Lee Anderson* |
|   |       Jennie Lee Anderson |

Lori E. Andrus
Micha Star Liberty
Jennie Lee Anderson
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA 94102
Telephone: (415)896-1000
Facsimile: (415)-896-2249

Barry W. Walker
THE WALKER LAW FIRM
Two 20th Street North, Suite 1320
Birmingham, Alabama 35203
Telephone: (205) 252-2770
Facsimile: (205) 252-2119

*Attorneys for Plaintiff and the Class*

- 3 -

ADMINISTRATIVE MOTION RE RELATED CASES

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 24, 2008    　　　　　　　　　　 */s/ Jennie Lee Anderson*
　　　　　　　　　　　　　　　　　　　　　　　　Jennie Lee Anderson

　　　　　　　　　　　　　　　　　　　　ANDRUS LIBERTY & ANDERSON LLP
　　　　　　　　　　　　　　　　　　　　1438 Market Street
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94102
　　　　　　　　　　　　　　　　　　　　Telephone: (415) 896-1000
　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 896-2249
　　　　　　　　　　　　　　　　　　　　jennie@libertylaw.com