Lori E. Andrus (SBN 205816)
Micha Star Liberty (SBN 215687)
Jennie Lee Anderson (SBN 203586)
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA 94102
Telephone:  (415) 896-1000
Facsimile:  (415) 896-2249
lori@libertylaw.com
micha@libertylaw.com
jennie@libertylaw.com

Barry W. Walker
THE WALKER LAW FIRM
Two 20th Street North, Suite 1320
Birmingham, Alabama  35203
Telephone: (205) 252-2770
Facsimile: (205) 252-2119
barry@bwwlawllc.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY and JOHNNY JEFFRIES, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and MORTGAGE DIRECT, INC.,<br><br>Defendant.<br><br>***This document relates to:***<br><br>RUBY KATHRYN BROWN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant.<br><br>Case No.: C-08-0492-EDL | Case No.:  C-07-3880-MJJ<br><br>**DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L. R. 7-11)** |

DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION

I, Jennie Lee Anderson, declare as follows:

1. I am a partner with the law firm Andrus Liberty & Anderson LLP, counsel of record for plaintiff Ruby Kathryn Brown. I am a member in good standing with the State Bar of California and admitted to practice in this District. I make this declaration in support of plaintiff's Administrative Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the following and, if called as a witness, I could and would testify competently as to the matters set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint entitled *Brown v. Wells Fargo N.A.,* Case No. C 08-0492-EDL, filed on January 23, 2008 in the Northern District of California.

3. As of the date of this declaration, service had not yet been effectuated and the defendant had not yet appeared in the matter. Therefore, it was not feasible to obtain a stipulation from all parties prior to filing of this Administrative Motion while complying with Civ. L.R. 3-12. 4.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of January, 2008, San Francisco, California.

      */s/ Jennie Lee Anderson*
      Jennie Lee Anderson

- 2 -

DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 24, 2008                    */s/ Jennie Lee Anderson*
                                                            Jennie Lee Anderson

ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA  94102
Telephone:  (415) 896-1000
Facsimile:  (415) 896-2249
jennie@libertylaw.com

DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION