1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY and JOHNNY JEFFRIES, on behalf of
themselves and all others similarly situated,

         Plaintiff,

      v.

WELLS FARGO BANK, N.A., and
MORTGAGE DIRECT, INC.,

         Defendant.

_____

*This document relates to:*

RUBY KATHRYN BROWN, on behalf of
herself and all others similarly situated,

         Plaintiff,

      v.

WELLS FARGO BANK, N.A.,

         Defendant.

Case No.:  C-08-0492-EDL

Case No.:  C-07-3880-MJJ

**[PROPOSED] ORDER RELATING
CASES**

1    On January 24, 2008, Plaintiff Ruby Kathryn Brown filed an Administrative Motion to

2   Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.  The time for

3   filing an opposition or statement of support has passed.  Having considered the papers and

4   pleadings on file, and good cause appearing, this Court hereby GRANTS Plaintiffs'

5   Administrative Motion to Consider Whether Cases Should Be Related, and ORDERS that *Brown*

6   *v. Wells Fargo, N.A.,* No. C-08-0492-EDL, relates to this action and shall be transferred to this

7   courtroom pursuant to Civ. L. R. 3-12 for further proceedings.

8    **IT IS SO ORDERED.**

9

10   Dated: _____, 2008                    _____

                                                 Hon. Martin J. Jenkins
11                                               United States District Judge
                                                 Northern District of California
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on January 24, 2008, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-

4   mail addresses denoted on the attached Electronic Mail Notice List.

5      I certify under penalty of perjury under the laws of the United States of America that the

6   foregoing is true and correct.

7

Dated: January 24, 2008                             */s/ Jennie Lee Anderson*
8                                                              Jennie Lee Anderson

9                                             ANDRUS LIBERTY & ANDERSON LLP
                                              1438 Market Street
10                                            San Francisco, CA  94102
                                              Telephone:  (415) 896-1000
11                                            Facsimile:  (415) 896-2249
                                              jennie@libertylaw.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RELATING CASES