Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     (415) 543-8700
Facsimile:     (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This document relates to<br><br>ALL ACTIONS | Lead Case No.: C-07-03880 MJJ<br><br>Related Case No. C-07-04309 MJJ<br><br>**DECLARATION OF DAVID S. REIDY IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO STAY ALL PROCEEDINGS PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Hearing Date:     March 4, 2008<br>Time:                  9:30 a.m.<br>Courtroom:        11, 19th Floor<br><br>***Honorable Martin J. Jenkins*** |

## DECLARATION OF DAVID S. REIDY

I, David S. Reidy, declare and state as follows:

    1.    I am an associate of the law firm of Reed Smith, counsel for Wells Fargo Bank, N.A. in these consolidated actions.  I have personal knowledge of the following facts and, if called upon as a witness, I could and would testify truthfully thereto.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSSFO-12504479.1-DSREIDY

1    2.    On October 12, 2007, this Court issued its Related Case Order, relating Case No. C-

2    07-03880 (*Jeffries*) with Case No. C-07-04309 (*Ventura*). Jeffries, Doc. 18.

3    3.    On December 18, 2007, this Court held a joint case management conference (CMC)

4    addressing both actions. At the CMC, the Court instructed the parties to make their respective

5    positions known to the Court on whether *Jeffries* and *Ventura* should be consolidated.

6    Wells Fargo's Pending MDL Motion

7    4.    On January 3, 2008, Wells Fargo filed a motion before the Judicial Panel on

8    Multidistrict Litigation ("MDL Panel") to transfer the *Jeffries* and *Ventura* actions for consolidated

9    and coordinated pretrial proceedings before the MDL Panel, pursuant to 28 U.S.C. §1407 ("MDL

10   Motion"). Wells Fargo also filed a Notice informing this Court of the MDL Motion and submitting

11   courtesy copies of the pleadings filed in support of the MDL Motion. Doc. 37-46.

12   5.    The MDL Motion seeks the transfer of these actions, as well as two other actions

13   currently pending against Wells Fargo: *Rodriguez v. Wells Fargo Bank, N.A.*, C.D. Cal., Case No.

14   07-cv-6780 (Hon. Christina A. Snyder) ("*Rodriguez*")[1] and *Williams v. Wells Fargo Bank, N.A.*,

15   N.D. Ill., Case No. 07-cv-6342 (Hon. Samuel Der-Yeghiayan) ("*Williams*").[2]

16   6.    On January 8, 2008, the MDL Panel assigned Case No. 1930 to the MDL Motion and

17   ordered that any responsive pleadings be submitted no later than January 28, 2008. A true and

18   correct copy of the MDL Panel's notice is attached hereto as **Exhibit 1**. Wells Fargo's reply is due

19   on February 4, 2008. No hearing date has been set on the MDL Motion. However, the MDL Panel

20   hears motions every other month. *See* MDL Panel Hearing Archives (available at

21   http://www.jpml.uscourts.gov/Hearing_Information/Hearing_Archives/hearing_archives.html); *also*

22   JPML Rule 16.1, 199 F.R.D. 425, (2001). The Panel's next scheduled hearing is on January 30,

23   2008. *See* MDL Panel December 13, 2007 Notice of Hearing (available at

24   http://www.jpml.uscourts.gov/HearingOrder1-30-08.pdf). Wells Fargo's MDL Motion will not be

25

26

---

27   [1]   Wells Fargo has not been served with a summons and complaint in *Rodriguez*.

28   [2]   On January 4, 2008, Wells Fargo filed its Answer in *Williams*.

DECLARATION OF DAVID S. REIDY

DOCSSFO-12504479.1-DSREIDY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   fully briefed by then; thus, the MDL Motion will likely be heard by the Panel at the end of March

2   2008.

3           Status of *Rodriguez* and *Williams* Actions

4           7.      On January 3, 2008, Wells Fargo filed notices informing the *Williams* and *Rodriguez*

5   courts of the pending MDL Motion.

6           8.      On January 10, 2008, Judge Snyder issued a minute order setting the initial

7   scheduling conference in *Rodriguez* on March 24, 2008.  A true and correct copy of the Judge

8   Snyder's Minute Order is attached hereto as **Exhibit 2**.

9           9.      On January 16, 2008, Judge Der-Yeghiayan continued the *Williams* Initial Status

10  Conference to April 29, 2008, in view of the pending MDL Motion.  A true and correct copy of the

11  Judge Der-Yeghiayan's Minute Order is attached hereto as **Exhibit 3**.

12          Consolidation of *Jeffries* and *Ventura*

13          10.     On January 4, 2008, Plaintiffs filed a brief and proposed order in support of

14  consolidation of the Jeffries and Ventura actions.  Doc. 48-49.

15          11.     On January 8, 2008, this Court entered its Pretrial Order on Case Management

16  ("CMC Order," Doc. 51), and also signed and entered its order consolidating *Jeffries* and *Ventura*

17  ("Consolidation Order," Doc. 52).  Among other dates, the CMC Order set a fact witness discovery

18  cutoff of July 25, 2008 for class certification purposes, with Plaintiffs' motion for class certification

19  to be briefed in October and November, and heard on December 3, 2008.

20          12.     On January 16, 2008, Plaintiffs in these consolidated actions served their first set of

21  requests for production of documents ("RFPs") by mail on Wells Fargo.  Wells Fargo's responses to

22  the RFPs are due by February 19, 2008.

23          Newly Filed Action in Northern District

24          13.     On January 23, 2008, yet another action was filed against Wells Fargo, *Brown v.*

25  *Wells Fargo Bank, N.A.*, Case No. C-08-0493, asserting lending discrimination claims under the

26  FHA and ECOA on behalf of a putative class of African American borrowers.  A true and correct

27  copy of the *Brown* complaint is attached hereto as **Exhibit 4**.  In *Brown*, the borrower is a resident of

28  Alabama, and it is therefore unclear why suit was filed in California.  Nonetheless, on January 24,

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DECLARATION OF DAVID S. REIDY

1    2008, the *Brown* plaintiffs filed an administrative motion to consider whether the case should be

2    related to these actions. Docs. 55-56.

3        Wells Fargo's Attempt to Meet and Confer

4        14.    On January 23, 2008, Reed Smith partner and lead counsel for Wells Fargo Robert

5    Phillips telephoned lead Plaintiffs' counsel Andrew Friedman and requested the Plaintiffs stipulate

6    to the stay pending a ruling by the MDL Panel. Mr. Friedman refused, and indicated Plaintiffs'

7    intention to begin serving Rule 30(b) deposition notices on Wells Fargo immediately.

8

9        I declare under penalty of perjury under the laws of the United States that the foregoing is

10   true and correct. Executed on January 24 2008, in San Francisco, California.

11

12                                        /s/
                                        _____

13                                              DAVID S. REIDY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCSSFO-12504479.1-DSREIDY

DECLARATION OF DAVID S. REIDY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# EXHIBIT 1

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone:   [202] 502-2800
Fax:              [202] 502-2888
http://www.jpml.uscourts.gov

January 8, 2008

Re: MDL No. 1930 -- IN RE: Wells Fargo Mortgage Lending Practices

DOCUMENT FILED:   Motion of Defendant Wells Fargo, N.A., for Transfer of Actions to the Northern District of
Illinois, or in the Alternative, the Southern District of Iowa for Coordinated or Consolidated
Pretrial Proceedings Pursuant to 28 U.S.C. § 1407

Dear Counsel:

Today we have filed the above-described motion. Papers filed with the Panel and all correspondence MUST
bear the **DOCKET NUMBER** and **CAPTION ASSIGNED** by the Panel as noted above.

Enclosed is a summary of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D.
425 (2001). Pursuant to Rule 5.2(c), you must notify this office within the next 11 days of the name and address of
the attorney designated to receive service of all papers relating to practice before the Panel. **ONLY ONE
ATTORNEY SHALL BE DESIGNATED FOR EACH PARTY.** We will prepare a Panel Attorney Service List on
the basis of the appearances received and transmit it to you for your use in complying with our service requirements.
**PLEASE COOPERATE BY PROMPTLY RETURNING  THE ENCLOSED APPEARANCE FORM.**

**APPEARANCE AND RULE 5.3 CORPORATE DISCLOSURE STATEMENT
ARE DUE NO LATER THAN NOON EASTERN TIME : January 18, 2208**

Panel Rule 5.2(a) requires that responses to motions be served on ALL parties in ALL actions. An
**ORIGINAL and FOUR** copies of all pleadings, as well as a **COMPUTER GENERATED DISK** of the pleading in
Adobe Acrobat (PDF) format, are currently required for filing.

**RESPONSES DUE ON OR BEFORE:          January 28, 2008**

Panel Rule 7.2(i) requires any party or counsel in these actions to promptly notify this office of any potential
tag-along in which that party is also named or in which that counsel appears.

You will be notified when this matter has been scheduled for a hearing session before the Panel. You must
file a response if you wish to participate in oral argument, if it is scheduled by the Panel. Please carefully review
Panel Rule 16.1 dealing with hearing sessions.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

Enclosures

JPML Form 22

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:**  Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)** January 18, 2008
**Panel Fax No.: (202) 502-2888**

MDL No. 1930 -- IN RE: Wells Fargo Mortgage Lending Practices

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

_____          _____
Date                                              Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Telephone No.: _____          Fax No.:_____

Email Address: _____

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

## SUMMARY OF PANEL RULES – 199 F.R.D. 425 (2001)
[Revised July 30, 2007]

Responses and replies to motions or orders to show cause are to be filed and served in conformity with Rules 5.11, 5.12, 5.13, 5.2, 7.1, 7.2 and 7.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Please note the following:

**Address to:**
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

Telephone: 202/502-2800
Office Hours: 9 a.m. to 4 p.m.

FAX: 202/502-2888 (24 hours)
Website: www.jpml.uscourts.gov

**No papers are to be left with or mailed to a Judge of the Panel or his/her chambers for filing.**

Rule 5.12(a) identifies those documents which require an original only for filing. An original and four copies of motions, briefs, responses, etc., must be submitted for filing. Rule 5.12(d) states that papers requiring only an original may be faxed to the Panel office with prior approval. Papers requiring multiple copies will NOT be accepted via fax.

Rule 5.13 requires that whenever an original and four copies is required to be submitted for filing to the Clerk of the Panel pursuant to Rule 5.12(a), a copy of the paper must also be submitted on a computer generated disk in Adobe Acrobat (PDF) format.

Rule 5.2 requires that all papers filed with the Panel must be served on all parties in all actions involved in the litigation. If liaison counsel has been appointed by the transferee court in an existing MDL docket, this rule is satisfied by serving each party in each affected action and all liaison counsel. Recipients of a motion have ELEVEN (11) days (Rule 5.2(c)) to notify this office in writing of one attorney per party to receive service of future Panel pleadings filed in the litigation. A "Panel Service List" will be prepared and distributed by this office in compliance with Rule 5.2(d). A copy of this "Panel Service List" must be attached to the proof of service and supplemented in the event of the presence of additional parties or successor counsel.

Rule 5.3 requires any nongovernmental corporate party to file a Corporate Disclosure Statement within eleven days of the filing of a motion or order to show cause.

Rule 7.1 outlines the format for pleadings filed with the Panel and notes that the heading on the first page of each pleading shall commence not less than 3 inches from the top of the page. Each pleading shall bear the heading "Before the Judicial Panel on Multidistrict Litigation," the identification "MDL Docket No.____" and the descriptive title designated by the Panel. For new litigations, movant should use an appropriate descriptive title. Papers may be fastened in the upper left corner without side binding or front or back covers. Each brief submitted for filing shall be limited to twenty pages, exclusive of exhibits. Exhibits exceeding 50 pages must be fastened separately from the accompanying pleading.

Review Rule 7.2 for identification of accompaniments to motions under 28 U.S.C. §1407. See Rule 6.2 for guidance on requesting extensions of time. Counsel are required by Rules 7.2(f) and 7.3(e) to advise the Panel of any developments in the litigation which would partially or completely moot a matter being considered by the Panel.

Rules 7.2(i), 7.3(a) and 7.5(e) require parties and counsel to notify the Panel of any potential tag-along actions in which they are involved.

← SEE OTHER SIDE FOR MORE INFORMATION →

Rule 16.1, "Hearing Sessions and Oral Argument," deals with the setting of matters for oral argument or for submission without oral argument, notices of appearance or waiver of oral argument, parties entitled to present oral argument, and time limits.

Please note in Rule 1.5 that pendency before the Panel does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court.

Copying and certification fees are charged in accordance with Rule 5.1 and are as follows: $.50 per page for copying, $9.00 per document for certification, $25.00 per diskette, and $26 for each name/item researched. Payment for copying and certification must be made by check or money order payable to the "Judicial Panel on Multidistrict Litigation." [Effective as of November 1, 2003]

---

Fasten documents in top, left-hand corner

Start document 3" from top of page

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re [descriptive title used by Panel or appropriate descriptive title for new motion]

MDL No. _____

Identify document:    **MOTION**
    **BRIEF** (limited to 20 pages -- giving background of litigation; factual and legal contentions of movant w/citation of applicable authorities )
   **RESPONSE TO MOTION**
    **REPLY**
   **EXHIBITS** (fastened separately if exceed 50 pages)

ORIGINAL PLUS FOUR OF ALL PLEADINGS EXCEPT original only of proof of service, notice of appearance, corporate disclosure statement, notice of opposition, notice of related action, application for extension of time, hearing appearance/waiver.

---

**Schedule of Actions**
[Must be attached to motions]

Include only related cases pending in FEDERAL DISTRICTS. Necessary information as follows:

   COMPLETE name of each case, listing full name of each party on district court's docket sheet [Do NOT include "et als., etc."]
   DISTRICT in which case is pending
   DIVISION (or division number)
   CASE NUMBER
   Name of assigned JUDGE

DO NOT INCLUDE terminated actions or actions pending in state courts.

Notices or letters advising of RELATED ACTIONS or of TAG-ALONG ACTIONS must include this information. **One courtesy copy of each complaint and docket sheet would be helpful.**

---

**MOTIONS FILED WITH THE PANEL:**
When a motion is filed, the Panel will send a letter to all recipients of the motion as notification of the filing date, MDL docket number and caption, briefing schedule and pertinent Panel policies.

---

**CALENDAR – CALENDAR – CALENDAR**

**Appearances**: 11 days from filing of original motion
**Corporate Disclosure Statement**: 11 days from filing of motion
**Responses** to motion: 20 days
**Reply** to Responses (by movant): 5 days
**Oppositions** to Conditional Transfer Order: 15 days
**Motions to Vacate** Conditional Transfer Order: 15 days (after opposition is filed)

# EXHIBIT 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-6780-CAS(AJWx) | Date | January 10, 2008 |
|---|---|---|---|

| Title | *JUAN RODRIGUEZ, ETC.; ET AL. v. WELLS FARGO BANK, N.A.* |
|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS) - ORDER SETTING SCHEDULING CONFERENCE

This matter is set for a Scheduling Conference on **March 24, 2008**, at **11:00 a.m.** The Scheduling Conference will be held pursuant to F.R.Civ.P 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the date of the Rule 16(b) Scheduling Conference and to report to the Court not later than 14 days after they confer on a discovery plan and the other matters required by F.R.Civ.P. 26(f) and the Local Rules of this Court. If this case has been assigned to the ADR Pilot Program, counsel shall concurrently file the ADR Questionnaire.

At the Rule 16(b) Scheduling Conference, the Court will issue an order setting forth at least the following dates: the last date for joining parties, the last date to file any motion, whether or not dispositive, and the last date to complete discovery. Scheduling Conferences will ordinarily not be continued.

Failure to comply may lead to the imposition of sanctions.

Judge Snyder is located at 312 N. Spring Street Courthouse, in Courtroom 5, on the second floor.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |

# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Judy Williams

                 Plaintiff,

v.

                               Case No.: 1:07−cv−06342
                               Honorable Samuel Der−Yeghiayan

Wells Fargo Bank, N.A.

                 Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 16, 2008:

    MINUTE entry before Judge Samuel Der−Yeghiayan : Status hearing held and continued to 04/29/08 at 9:00 a.m. The MDL Panel having Defendant's motion to transfer, Defendant's motion to transfer case pending on this Court's docket [20] is hereby stricken as moot. The MDL Panel has advised this Court that it will take up Defendant's motion at its bimonthly meeting. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.