1 | COUGHLIN STOIA GELLER
  | RUDMAN & ROBBINS LLP
2 | SHAWN A. WILLIAMS (213113)
  | 100 Pine Street, Suite 2600
3 | San Francisco, CA  94111
  | Telephone: 415/288-4545
4 | 415/288-4534 (fax)
  | shawnw@csgrr.com
5 |      – and –
  | SAMUEL H. RUDMAN
6 | ROBERT M. ROTHMAN
  | MARK S. REICH
7 | 58 South Service Road, Suite 200
  | Melville, NY  11747
8 | Telephone: 631/367-7100
  | 631/367-1173 (fax)
9 | srudman@csgrr.com
  | rrothman@csgrr.com
10 | mreich@csgrr.com

11 | Attorneys for Plaintiffs

12 | [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NANCY and JOHNNY JEFFRIES, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) | Case No. C-07-3880 MJJ |
|---|---|---|
| | ) | CLASS ACTION |
| Plaintiffs, | ) ) ) | NOTIFICATION TO COURT PURSUANT TO PRETRIAL ORDER ON CASE MANAGEMENT |
| vs. | ) ) | |
| WELLS FARGO BANK, N.A., and MORTGAGE DIRECT, INC., | ) ) ) | |
| Defendants. | ) ) | |

1   WHEREAS, on December 18, 2007, the Court held a case management conference with counsel for all parties who appeared in the action;

2   WHEREAS, on January 8, 2008, the Court entered a Pretrial Order on Case Management (the "Pre-Trial Order");

3   WHEREAS, the Pre-Trial Order requires Plaintiffs to notify the Court of their intentions with regard to Defendant Mortgage Direct, Inc., which had been served in the action but had not appeared;

NOW, THEREFORE, PLEASE TAKE NOTICE THAT:

Plaintiffs have been in contact with a representative from Mortgage Direct, Inc. and have agreed to dismiss Mortgage Direct, Inc. from the action without prejudice. Accordingly, Plaintiffs intend to meet and confer with Defendant Wells Fargo Bank, N.A. to reach an appropriate stipulation concerning the filing of an amended complaint for this purpose.

DATED: January 25, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP

 */s/ Robert M. Rothman*  
ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

SHAWN A. WILLIAMS
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

*Liaison Counsel for Plaintiffs*

RODDY KLEIN & RYAN
GARY KLEIN
727 Atlantic Avenue
Boston, MA  02111-2810
Telephone:  617/357-5500
617/357-5030 (fax)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
ANDREW S. FRIEDMAN
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: (602) 274-1100
617/357-5030 (fax)

*Co-Lead Counsel for Plaintiffs*

NOTIFICATION TO COURT - C-07-3880 MJJ                                                                - 2 -