**NATIONAL CONSUMER LAW CENTER**
**Stuart Rossman B.B.O. No. 430640 (To be admitted Pro Hac Vice)**
**Charles Delbaum B.B.O. No. 543225 (To be admitted Pro Hac Vice)**
**77 Summer Street, 10th Fl**
**Boston, MA 02110**
**Tel:(617) 542-8010**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Lead Case No: C 07-03880 MJJ<br><br>Consolidated Case No. C 07-04309 MJJ<br><br>**NOTICE OF APPEARANCE**<br><br>Honorable Martin J. Jenkins<br><br>Date Action Filed: July 30, 2007 |

To:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that National Consumer Law Center by Stuart Rossman and Charles Delbaum hereby enter their appearance on behalf of plaintiffs Nancy and Johnny Jeffries and all others similarly situated and request that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the undersigned counsel at the address stated below.

DATED: January 25, 2008

        NATIONAL CONSUMER LAW CENTER

         /s Stuart Rossman
        Stuart Rossman B.B.O. No. 430640
        (To be admitted Pro Hac Vice)
        Charles Delbaum B.B.O. No. 543225
        (To be admitted Pro Hac Vice)
        77 Summer Street, 10th Fl
        Boston, MA 02110
        Tel:(617) 542-8010

CERTIFICATE OF SERVICE

      I hereby certify that on January 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  January 25, 2008

                                            /s Wendy J. Harrison
                                            Wendy J. Harrison