1  Robert D. Phillips, Jr. (SBN 82639)
   Tyree P. Jones (SBN 127631)
2  David S. Reidy (SBN 225904)
   REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
   San Francisco, CA 94111-3922
4
   **Mailing Address:**
5  P.O. Box 7936
   San Francisco, CA 94120-7936
6
   Telephone:  (415) 543-8700
7  Facsimile:  (415) 391-8269

8  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| In re: WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This document relates to<br><br>ALL ACTIONS | Lead Case No.: C-07-03880 MJJ<br><br>Related Case No. C-07-04309 MJJ<br><br>**STIPULATION CONTINUING DEADLINE TO MAKE INITIAL DISCLOSURES AND ORDER THEREON**     GRANTED<br><br>Current Deadline:<br>January 25, 2008<br><br>**New Deadline:**<br>February 1, 2008<br><br>*Honorable Martin J. Jenkins* |

                              **STIPULATION**

   WHEREAS, on January 8, 2008, this Court entered its Pretrial Order on Case Management ("CMC Order," Doc. 51); and

   WHEREAS, the CMC Order sets January 25, 2008, as the deadline to make initial disclosures under Rule 26(a), F.R.C.P.; and

   WHEREAS, defendant Wells Fargo Bank, N.A. ("Wells Fargo") is unable to meet that deadline as a result of the unavailability of representatives; and

                                   – 1 –
                      STIPULATION AND [    ] ORDER THEREON

DOCSSFO-12504603.1-DSREIDY

WHEREAS, the parties hereto agree to continue the deadline for initial disclosures by one week, to February 1, 2008:

IT IS THEREFORE STIPULATED between Plaintiffs and Wells Fargo, by and through their undersigned attorneys of record that:

1. The parties hereto agree that the deadline for initial disclosures should be continued by one week, to February 1, 2008.

**SO STIPULATED:**

DATED: January 24, 2008        REED SMITH LLP

By    /s/
David S. Reidy
Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: January 24, 2008        BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By    /s/
Andrew S. Friedman
Lead Counsel for Plaintiffs

## ORDER

Based upon the stipulation of the parties hereto, and for good cause shown, the Court orders the deadline for initial disclosures in these actions continued by one week, to February 1, 2008.

**SO ORDERED:**

DATED: January 28, 2007

Hon. Martin J. Jenkins
United States District Court Judge