Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This document relates to<br><br>ALL ACTIONS | Lead Case No.: C-07-03880 MJJ<br><br>Related Case No. C-07-04309 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Hearing Date:   March 4, 2008<br>Time:           9:30 a.m.<br>Courtroom:      11, 19th Floor<br><br>*Hon. Martin J. Jenkins* |

**STIPULATION**

WHEREAS, defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion to Stay all Proceedings Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation ("Motion") is currently set for hearing in this Court on March 4, 2008; and

WHEREAS, pursuant to Northern District L.D. 7-3, Plaintiffs' opposition to the Motion is due on February 12, 2008, with Wells Fargo's reply due on February 19, 2008; and

WHEREAS, the parties hereto agree to continue the briefing due dates by one week to facilitate discussions regarding a potential stipulation concerning the issues underlying the Motion:

IT IS THEREFORE STIPULATED between Plaintiffs and Wells Fargo, by and through their undersigned attorneys of record that:

1. Plaintiffs' opposition to the Motion shall be due no later than February 19, 2008; and
2. Wells Fargo's reply in support of the Motion shall be due no later than February 26, 2008.

**SO STIPULATED:**

DATED: February 12, 2008          REED SMITH LLP

                                  By____/s/_____
                                     David S. Reidy
                                     Attorneys for Defendant
                                     WELLS FARGO BANK, N.A.

DATED: February 12, 2008          BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

                                  By____/s/_____
                                     Andrew S. Friedman
                                     Lead Counsel for Plaintiffs

**SO ORDERED:**

DATED: __February 13____, 2008

                                  _____
                                  Hon. Martin J. Jenkins
                                  United States District Court Judge

—2—

STIPULATION AND [ ] ORDER THEREON