Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  (415) 543-8700
Facsimile:   (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This document relates to<br><br>ALL ACTIONS | Lead Case No.: C-07-03880 MMC<br><br>Related Case No. C-07-04309 MMC<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S AMENDED NOTICE OF MOTION TO STAY ALL PROCEEDINGS PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Hearing Date:  March 28, 2008<br>Time:            9:00 a.m.<br>Courtroom:   7, 19th Floor<br><br>*Honorable Maxine M. Chesney* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on **March 28, 2008** at 9:00 a.m., or as soon thereafter as the matter can be heard, in Courtroom 7 of the United States District Court for the Northern District of California, defendant Wells Fargo Bank, N.A. ("Wells Fargo") will and hereby does move for a stay of all proceedings in these above-captioned actions pending a decision by the Judicial Panel on Multidistrict Litigation on Wells Fargo's motion to transfer for consolidated and coordinated pretrial

1 proceedings. This Motion is made on the grounds that a stay of proceedings in these actions is
2 necessary and appropriate to achieve the judicial economies which underlie Section 1407 of the
3 United States Code. Additionally, Wells Fargo would be substantially prejudiced by duplicative
4 discovery and motion practice if a stay were not put in place.

5     This Amended Notice of Motion is being filed in accordance with this Court's Reassignment
6 Orders, reassigning these cases from Judge Martin J. Jenkins to this Court, Judge Maxine M.
7 Chesney. (Jeffries Doc. 68; Ventura Doc. 39.) The Reassignment Orders require any motion
8 previously pending before Judge Jenkins to be re-noticed before this Court, but do not require that
9 the pleadings in support of, or in opposition to such motions be re-filed. This Motion is therefore
10 based upon this Amended Notice of Motion and Motion, and upon the following pleadings filed by
11 Wells Fargo in these actions on January 24, 2008: Notice of Motion and Motion to Stay all
12 Proceedings Pending a Decision on Transfer by the Judicial Panel for Multidistrict Litigation and
13 Memorandum of Points and Authorities attached to and filed therewith (Doc. 60); and the
14 Declaration of David S. Reidy in support thereof and exhibits thereto (Docs. 58-59). This Motion is
15 also based upon the complete files and records in these actions, any matters that may be judicially
16 noticed, and any oral or documentary evidence that may be presented at the hearing on this matter.

18 DATED: February 21, 2008        REED SMITH LLP

20         By  /s/
21         David S. Reidy
        Attorneys for Defendant
        Wells Fargo Bank, N.A.