Lori E. Andrus (SBN 205816)
Micha Star Liberty (SBN 215687)
Jennie Lee Anderson (SBN 203586)
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA 94102
Telephone: (415) 896-1000
Facsimile: (415) 896-2249
lori@libertylaw.com
micha@libertylaw.com
jennie@libertylaw.com

Barry W. Walker
THE WALKER LAW FIRM
Two 20th Street North, Suite 1320
Birmingham, Alabama 35203
Telephone: (205) 252-2770
Facsimile: (205) 252-2119
barry@bwwlawllc.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION | Lead Case No.: C-07-03880-MCC <br><br> Consolidated Case No. C-08-00492 MCC <br><br><br> **ENTRY OF APPEARANCE** |

To:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lori Erin Andrus hereby enters her appearance on behalf of plaintiff Ruby K. Brown and all others similarly situated, and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the undersigned counsel at the address stated below.

///

///

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | Dated: March 24, 2008 |
| 4 | By: */s/ Lori E. Andrus* <br> Lori E. Andrus |
| 5 | |
| 6 | Lori E. Andrus <br> Micha Star Liberty |
| 7 | Jennie Lee Anderson <br> ANDRUS LIBERTY & ANDERSON LLP |
| 8 | 1438 Market Street <br> San Francisco, CA 94102 |
| 9 | Telephone: (415)896-1000 <br> Facsimile: (415)-896-2249 |
| 10 | lori@libertylaw.com |
| 11 | *Attorneys for Plaintiff and the Class* |

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 24, 2008                                      */s/ Lori E. Andrus*
                                                                              Lori E. Andrus

ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA  94102
Telephone:  (415) 896-1000
Facsimile:  (415) 896-2249
lori@libertylaw.com