REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Robert D. Phillips, Jr. (SBN 82639)
    Tyree P. Jones (SBN 127631)
2   David S. Reidy (SBN 225904)
    REED SMITH LLP
3   Two Embarcadero Center, Suite 2000
    San Francisco, CA  94111-3922
4
    **Mailing Address:**
5   P.O. Box 7936
    San Francisco, CA  94120-7936
6
    Telephone:    (415) 543-8700
7   Facsimile:    (415) 391-8269
8   Attorneys for Defendant
    WELLS FARGO BANK, N.A.
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

| In re:  WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION | Lead Case No.: C-07-03880 MJJ (Jeffries) |
|---|---|
| This document relates to: | Related Case No. C-07-04309 MJJ (Ventura) |
| ALL ACTIONS | Related Case No.  CV 08-00492 MMC (Brown) |
| | **CERTIFICATE OF SERVICE ON NON E-MAIL RECIPIENTS** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

<u>U.S.D.C. No. Dist. Of California - Lead Case No. C-07-03880 MJJ</u>

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On April 15, 2008, I served the following document(s) by the method indicated below:

## STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Shennan Kavanagh
RODDY KLEIN & RYAN
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111

Barry W. Walker
THE WALKER LAW
Two 20th Street North, Suite 1320
Birmingham, AL 35203

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 15, 2008, at San Francisco, California.

*Narda Gaskell*
NARDA GASKELL

DOCSSFO-12511955.1