United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NANCY JEFFRIES, et al.,

    Plaintiff(s),

    v.

WELLS FARGO BANK, N.A., et al.,

    Defendant(s).
_____/

No. 07-3880 MMC

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT at the settlement conference before Magistrate Judge Joseph C. Spero set for October 1, 2009 has been vacated.

Dated:                                                                 RICHARD W. WIEKING, CLERK

By_____
   Lili Harrell
   Courtroom Deputy